UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
PLAINTIFF

VS.

HAMPDEN COUNTY
HOUSE OF CORRECTION,
SHERIFF MICHAEL J.
ASHE, JR, INDIVIDUALLY
AND IN THE SCOPE OF
HIS AUTHORITY,
VOCATIONAL MANAGER
JAMES L. GILL, INDIVIDUALLY AND IN THE
SCOPE OF HIS AUTHORITY,
ASSISTANT SUPERINTENDENT WILLIAM TOLLER
INDIVIDUALLY AND IN
THE SCOPE OF HIS
EMPLOYMENT,
MASSACHUSETTS PAROLE
BOARD (MEMBERS UNKNOWN),
BAYSTATE MEDICAL

CIVIL ACTION #
04-30092-MPN

COMPLAINT

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
PLAINTIFF

vs.

HAMPDEN COUNTY
HOUSE OF CORRECTION
ET ALS DEFENDANTS

<u>AMEND COMPLAINT</u>

NOW COMES THE PRO-SE PLAINTIFF TOM BUDNICK AND RESPECTFULLY REQUESTS HE BE ALLOWED TO ADD D.O.C.-DEPARTMENT OF CORRECTIONS AS A DEFENDANT TO ALL FOUR (4) COUNTS. A JURY TRIAL IS REQUESTED.

DATED:
April 18, 2004

Thomas P. Budnick
B-4 #34  123286
dob 02-16-47
Hampden County
House of Corrections
629 RANDAL ROAD,
LUDLOW, MA.
01056-1085



CENTER, INC.,
DOCTOR KRISTIN
STUEBER, INDIVIDUALLY
AND IN THE SCOPE
OF HER EMPLOYMENT,
DOCTOR RALPH JONES
INDIVIDUALLY AND IN
THE SCOPE OF HIS
EMPLOYMENT

## JURISDICTION

THE LEGAL BASES OF THIS COMPLAINT LIES IN; MA. CIVIL RIGHTS ACT, MA. DECLARATION OF RIGHTS UNDER THE MA. CONSTITUTION M.G.L. 266 § 20, 25, 30 ET SEQ., M.GL. 231 § 93, 94 ET SEQ., AND THE 14TH AMENDMENT TO THE FEDERAL CONSTITUTION. ALSO OF MAJOR IMPORTANCE IS 42 U.S.C. 1981, 1983, 1985, 1987 ET SEQ.. THE PLAINTIFF ALSO INVOKES MEDICAL NEGLIGENCE, FAILURE TO DIAGNOSE, FAILURE TO PROPERLY SUPERVISE, SUPERIOR OFFICER LIABILITY, + SURGERY ERRORS. (PLEASE NOTE: THE LAW LIBRARY IN THE HAMPDEN COUNTY HOUSE OF

Case 3:04-cv-30092-MAP   Document 2   Filed 05/12/2004   Page 4 of 12



CORRECTION IS HORRIBLE/ATROCIOUS - NO U.S. CODE EXISTS. THEIR DIVERSITY JURISDICTION IS CLAIMED BY THE HARD FACT THAT THE TEXAS SECRETARY OF STATE AWARDED THOMAS P. BUDNICK TEXAS RESIDENCY OVER TWENTY (20) YEARS AGO BECAUSE OF HIS AMERICAN SPACE CLAIMING - 28 USC §1332.

A FEDERAL QUESTION ARISES OUT OF THE AMOUNT IN CONTROVERSY EXCEEDS $50,000 - IN FACT BILLIONS AND TRILLIONS OF AMERICAN DOLLARS ARE AT STAKE - 28 USC 1331.

## PARTIES

THE PLAINTIFF, THOMAS P. BUDNICK, HAS BEEN A RESIDENT OF THE HAMPDEN COUNTY HOUSE OF CORRECTION SINCE AUGUST 2, 2001.

THE DEFENDANT, MICHAEL J. ASHE, JR IS SHERIFF THERE.

THE DEFENDANT, JAMES L. GILL IS DIRECTOR OF VOCATIONAL TRADES AT THE HAMPDEN COUNTY



JAIL.

THE DEFENDANT, WILLIAM TOLLER IS ASSISTANT SUPERINTENDENT AT THE HAMPDEN COUNTY JAIL.

THE DEFENDANT MASS. PAROLE BOARD IS IN CHARGE OF PAROLES AT THE COUNTY JAIL. SOME MEMBERS ARE UNKNOWN.

THE DEFENDANT BAYSTATE MEDICAL CENTER, INC. IS IN CHARGE OF MEDICAL SURGERY AT THE HAMPDEN COUNTY JAIL.

THE DEFENDANT, DOCTOR KRISTIN STUEBER IS IN CHARGE OF SURGERY AT BAYSTATE MEDICAL CENTER, INC. 759 CHESTNUT STREET, SPRINGFIELD, MA. 01199.

THE DEFENDANT DOCTOR RALPH JONES IS IN CHARGE OF TOE SURGERY AT BAYSTATE MEDICAL CENTER, INC. 759 CHESTNUT STREET, SPRINGFIELD, MA. 01199.



## COUNT I
## DAMAGE TO AMERICA'S MANIFEST DESTINY

PLEASE READ ATTACHED ARTICLE/EXHIBIT. SHORT + SWEET BUDNICK JUST HAS TO GET HOME TO CLAIM VAST PROPERTY IN OUTER SPACE! 12 RESERVED FOR FOR THE GOOD AND FAIR PEOPLE OF THE UNITED STATES AND TEXAS- PLEASE NOTE, MY HOME IS A SHORT <u>TWO (2) MINUTES</u> AWAY.

BUDNICK IS WILLING TO PAY FOR THE GUARD OVERTIME TO BE ALLOWED HOME FOR A TWO (2) HOUR PERIOD. IN THE ALTERNATIVE, HE IS WILLING TO DRAW A DIAGRAM OF HIS "HOME LIBRARY" ONE (1) OR TWO (2) CORRECTIONAL OFFICER COULD PICK-UP HIS MARTIAN CHARTS, MARTIAN LOCATION PATTERN'S, MARTIAN DIAGRAM'S, MARTIAN SKY-CHARTS AND DELIVER THEM TO BUDNICK IN THE JAIL.

(6)

BUDNICK'S DESPERATE CRYS FOR HELP HAVE BEEN MEET WITH RIDICULED AND SCORN FROM; ASHE TOLLER GILL, AND THE MA. PAROLE BOARD.

IT SHOULD BE NOTED BUDNICK'S MAIN COMPETITOR – MR. DENNIS HOPE, HIGHWAY 395, % LUNAR EMBASSIES GARDNERVILLE, NEVEDA IS VERY, VERY ACTIVE ON THE MOONS OF JUPITER!.

<u>WHEREFORE</u>, BUDNICK IS FORCED TO SEEK FROM ASHE TOLLER, GILL, + MA PAROLE BOARD THE FOLLOWING DAMAGES;

<u>DAMAGES</u>

DAMAGE TO AMERICA'S MANIFEST DESTINY          $5,000,000,000.00
EMTIONAL DAMAGE  $5,000,000.00
FAILURE TO
PROPERLY INVESTIGATE $5,000,000,000.00
LIBEL                       $10,000,000.00
PSYCHOLOGICAL
   DAMAGE           $10,000,000.00
ORAL CONTRACT  $10,000,000.00
REPUTATION DAMAGE $40,000,000.00
SLANDER DAMAGE $200,000,000.00



SUPERIOR OFFICER $250,000,000.00
LIABILITY

### COUNT II
### 42 USC 1981, 1983, 1985, 1987
### MASSACHUSETTS VIOLATIONS OF
### MGL 231 ET SEQ MGL 266 ET SEQ

SINCE AUGUST 2, 2001 THE PLAINTIFF HAS HAD AN EXCELLENT, I DO MEAN EXCELLENT, RECORD AT THE HAMPDEN COUNTY HOUSE OF CORRECTION.

FOR FOUR (4) MONTHS HE HAD SUCCESSFUL EMPLOYMENT IN GRAPHIC ARTS FROM JUNE 2002 UNTIL OCTOBER 2002. IN LATE OCTOBER BUDNICK INADVERTENTLY PUT THREE (3) TWO (2) INCH PIECES OF SCOTCH TAPE ON HIS FINGERS AND ATTEMPTED TO WALK OUT OF THE OFFICE. HE DIDN'T THINK OF THIS AS STEALING. THIS TAPE WAS TO DO HIS AMERICAN SPACE EXPLORATION WORK!! HE WAS APPREHENDED AND ACCUSED OF STEALING BY



THE HAMPDEN COUNTY JAIL, ASHE, GILL, AND TOLLER.

NORMAL TRIAL PROCEDURES EXIST IN THE HAMPDEN COUNTY JAIL FOR THIS! ON OR ABOUT 11-01-02 A TRIAL WAS HELD AND WITNESS'S WERE CALLED, CROSS-EXAMINATION WAS DONE ETC. ETC, ETC, - ALL THE REQUIREMENTS FOR A STATE OF MASSACHUSETTS TRIAL.

THE RESULT IS ALL THAT IS IMPORTANT, AND ON 11-01-02, CAPTAIN BROSMAN FOUND THE PLAINTIFF NOT GUILTY OF THE MOST RIDICULOUS AND FRIVOLOUS CASE HE EVER HEARD IN HIS ENTIRE CORRECTIONAL CAREER!

NOT CONTENT TO LET MATTER'S REST - GILL, ASHE + TOLLER HAVE REPEATEDLY ACCUSED BUDNICK OF STEALING. IN FACT, GILL HAS USED THIS EXCUSE TO KEEP BUDNICK OUT OF BUSINESS OCCUPATIONS AND STUCK IN WELDING SHOP. IT SHOULD BE NOTED BUDNICK HAS A MASTER'S DEGREE AND ATTENDED



FOUR (4) LAW SCHOOLS, IN THE BEST INTEREST OF ALL PARTIES, BUDNICK SHOULD BE ALLOWED TO ATTEND BUSINESS OCCUPATIONS.

TIME AFTER TIME AFTER TIME AFTER TIME AFTER TIME, GILL + TOLLER HAVE BROUGHT UP THIS SUBJECT. FINALLY, ON 12-11-03 GILL + TOLLER REPEATEDLY ACCUSED BUDNICK OF STEALING AND MOST GALLING ADVISED BUDNICK'S MOTHER OF THIS, VIA THE TELEPHONE.

WHEN BUDNICK PRIVATELY MEET WITH SHERIFF ASHE IN REGARD TO HIS MARTIAN CLAIMING AND AMERICAN SPACE EXPLORATION, PSHCHIATRIC MEDICATION AND OBSERVATIONS WERE ORDERED!!! ONE WONDER'S WHY(?) THE PLAINTIFF DID NOT GO THROUGH THE "NORMAL" CHANNELS. IT SHOULD BE NOTED THE PLAINTIFF HAS SIX HUNDRED AND FOURTEEN (614) AUDIO/VIDEO TAPE APPLICATIONS FOR SHOW CAUSE PENDING IN THE PALMER TRIAL COURT. THESE HAVE



BEEN PENDING FOR TWENTY-FOUR (24) YEARS AND ALL HE GETS FROM THE PALMER TRIAL COURT IS "EVERYTHING IS IN ORDER, WE WILL CALL YOU IN FOR A HEARING IN A FEW WEEKS." A FEW OF THESE APPLICATIONS DEAL WITH MARTIAN TRESPASS, AND UNITED STATES SUPREME COURT JUDGE STEPHEN BREYER HAS GRANTED BUDNICK GREAT **FAVOR**!!!

ALL BUDNICK GETS FROM ASHE, GILL, & TOLLER IS "YOU TRIED TO STEAL THREE (3) PIECES OF SCOTCH TAPE FROM GRAPHIC ARTS." PLUS DOCTOR KRISTIN STUEBER <u>HIGHLY RIDICULED</u> BUDNICK FOR ALLEGEDLY BURNING HIS HANDS ON A MARTIAN METEORITE.

<u>WHEREFORE</u>, IT IS RESPECTFULLY REQUESTED THIS HONORABLE COURT ORDER A F.B.I. INVESTIGATION OF THIS JAIL, THE M.A. PAROLE BOARD AND MOST IMPORTANTLY THE PALMER TRIAL COURT. ALL BUDNICK GETS FROM THE ABOVE THREE (3) IS LAUGHTER AND

EXTREME RIDICULE DUE TO HIS AMERICAN SPACE EXPLORATION!

<u>VIOLATION OF MGL 266 + 231 AND U.S. CODE 42 USC 1983</u>
ENTIRE LAW LIBRARIES HAVE BEEN WRITTEN YOU CANNOT CONTINUALLY ACCUSE SOME OF A CRIME UNLESS THEY ARE GUILTY VIA THE DUE PROCESS SYSTEM!

<u>DAMAGES</u>

DAMAGE TO AMERICA'S MANIFEST DESTINY $5,000,000,000.00
EMTIONAL DAMAGE $5,000,000.00
FAILURE TO PROPERLY INVESTIGATE $5,000,000,000.00
LIBEL $10,000,000.00
PSYCHOLOGICAL DAMAGE $10,000,000.00
ORAL CONTRACT $10,000,000.00
REPUTATION DAMAGE $40,000,000.00
SLANDER DAMAGE $200,000,000.00
SUPERIOR OFFICER $250,000,000.00
LIABILITY $5,000,000.00