## COUNT III
## MA. PAROLE BOARD
## BRIBERY

The plaintiff, Tom Budnick, was denied parole on September 4th, 2003 even though he has:

A. An excellent record at the Hampden County House of Correction - no fights, no problems with the correction officer's, no minor disciplinary problems, no sanctions, no major violations or any other problems with fellow inmates.

B. I attend all training and achievement workshops. At discovery a huge list of certificates of accomplishments shall be presented to this Honorable Court. In fact, several instructors highly recommended the quality of his work and performance.

C. Tom Budnick takes great responsibility for

THE SERIOUS NATURE OF THE CRIME, AND IS TRUELY SORRY.

D. TOM BUDNICK HAS TO GET OUT OF JAIL TO FILE MARTIAN MINING CLAIMS. HE HAS BEEN DOING THIS ON A REGULAR BASES FOR TWENTY-FIVE (25) YEARS. OF COURSE, IF HE'S IN JAIL, OBVIOUSLY HE CAN NOT DO THIS.

E. AT THE FIRST PAROLE HEARING THE OFFICER IN CHARGE ACTED DRUNK OR DRUGGED. HE SLURRED HIS WORDS, AND WAS VERY INCOMMUNICADO. HE ONLY ALLOWED TOM BUDNICK A TWO (2) MINUTE INTERVIEW BEFORE HE DENIED HIS PAROLE. THE PAROLE BOARD OFFICER WAS VERY RED FACED AND RED NOSED WHICH PROVED HIS INCAPACITY! HE TOOK A BRIBE TO DENY THE CASE, AND REFUSED TO IDENTIFY HIMSELF.

ON SEPTEMBER 8, 2003 THE PAROLE BOARD DENIED BUDNICK'S HEARING DATE OF SEPTEMBER



4th, 2003. Of course he immediately appealed, and this was further denied on October 14th 2003. Again, he appealed on December 10th 2003 and it was denyed for a final time shortly thereatfer.

## DAMAGES

Damage to America's Manifest Destiny $5,000,000,000.00

Emtional damage $5,000,000.00

Failure to properly investigate $5,000,000,000.00

Libel $10,000,000.00

Psychological damage $10,000,000.00

Oral contract $10,000,000.00

Reputation damage $40,000,000.00

Slander damage $40,000,000.00

Superior officer liability $250,000,000.00

## COUNT IV
## AMPUTATION

I was admitted to the jail on August 2, 2001. At the time I was in GREAT agony and pain. Both Hampden County House of Correction and Baystate Medical Center, Inc failed to provide immediate and prompt relief. In fact Doctor Stueber ridiculed my Martian meteorite burns by saying I was schizophrenic. No medication or pain killers were given. Month after month I was in agony and couldn't even write!

Finally, on 12-19-2001 surgical Doctor Stueber amputated Budnick's 2nd right forefinger saying the infection had gone much too far. Had the operation been done immediately Budnick's finger could have been saved. Doctor Stueber waited much too long to do what proper

MEDICAL TECHNIQUES REQUIRED BUDNICK'S HAND PROBLEMS WERE FURTHER DAMAGED BY LACK OF SOUND MEDICAL DIAGNOSIS!

LIKEWISE, BUDNICK WAS IN AGONY FOR THREE (3) YEARS WITH HIS BADLY INGROWN TOE-NAIL ON HIS RIGHT FOOT LARGE TOE. THE HAMPDEN COUNTY JAIL AND BAYSTATE MEDICAL CENTER, INC. JUST ORDERED SOAKING IN HOT WATER 4 TO FIVE (5) TIMES A DAY. AGAIN THIS WENT ON FOR TWO (2) YEARS UNTIL 01-15-2003 WHEN I HAD A BIG TOE OPERATION AT BAYSTATE MEDICAL CENTER, INC. MY BIG TOE WAS DIAGNOSED AS HAVING A TREMENDOUS WHITE PUS POCKET, VERY DEEP INGROWN TOE-NAIL, AND BAD INFECTION. IT WAS RUMORED "THEY" WOULD HAVE TO CUT OFF MY BIG TOE TOO!!!!

AFTER MUCH AGONY + SUFFERING MY BIG TOE NAIL ALSO GREW BACK. AGAIN FOR EMPHASIS'S BAYSTATE AND THE JAIL ONLY

RECOMMENDED SOAKING IN HOT WATER 3/4/5/6 TIMES A DAY. EVERY TIME LARGE AMOUNTS OF WHITE PUS WOULD ESCAPE.

FINALLY, ON 01-20-04 DOCTOR RALPH JONES CUT THE NAIL OFF AND APPLIED A ACID SOLUTION TO THE NAIL. THIS STOPPED AND KILLED THE NAIL GROWTH AND SHOULD OF BEEN DONE THREE (3) YEARS AGO. AS OF TODAY'S DATE, BUDNICK NAIL APPEARS FINE WITH NO INFECTION!

WHEREFORE, I WAS IN AGONY FOR THREE (3) YEARS, THE PLAINTIFF DEMANDS THE FOLLOWING;

### DAMAGES

| | |
|---|---|
| AMPUTATION | $2,000,000.00 |
| MEDICAL NEGLIGENCE | $800,000.00 |
| GROSS NEGLIGENCE | $800,000.00 |
| FAILURE TO DIAGNOSE | $250,000.00 |
| FAILURE TO PROPERLY SUPERVISE | $300,000.00 |
| SUPERIOR OFFICER LIABILITY | $250,000.00 |
| SURGERY ERRORS | $500,000.00 |
| DELAY IN OPERATIONS | $2,000,000.00 |



SIGNED UNDER THE PAINS AND PENALTIES OF PREJURY THIS 11th DAY OF APRIL, 2004.

BY THE PRO-SE PLAINTIFF;
Thomas P. Budnick
d of b 02-16-47
B-4 #34-123286
HAMPDEN COUNTY
HOUSE OF CORRECTION
629 RANDAL ROAD,
LUDLOW, MA.
01056-1085

CERTIFICATE OF SERVICE
NO CERTIFICATION OF SERVICE IS DO - HOPEFULLY THIS SHALL BE DONE BY A FEDERAL MARSHAL.
Tom Budnick.



HoustonChronicle.com

Section: Space Chronicle



HoustonChronicle.com's Space Forum

*Dec. 10, 1999, 5:13PM*

# This land is your land, this space is his space

## Little by little, man attempts to lay claim to parts of Mars, Jupiter and beyond

**By PATTY REINERT**
Copyright 1999 Houston Chronicle

HEMPHILL -- It might be unfair to pick on NASA when it's down, but here goes:

Besides last week's disappointing failure at making contact with its Mars Polar Lander, the space agency also could be trespassing.

At least that's how Thomas Budnick sees things.

The 52-year-old former social worker from Ludlow, Mass., has spent the past two decades in relative obscurity, mailing his official claims to land and mineral rights on Mars and elsewhere in outer space to the Sabine County Clerk's Office in this quiet East Texas town.



AP Photo/Nancy Palmieri

Complete with star charts and maps where X marks the spot, Budnick's filings claim specific portions, spelled out in longitude and latitude, of Mars, Jupiter and its moons, Galaxies NGC5194 and NGC5195 and the asteroid Nereus, to name some.

"I just do it to continue America's manifest destiny, which is now space exploration," said Budnick. "Other people spend their money on beer or whatever. Every time I get a little extra money, I file a claim."

Most of the claims, reserving mineral rights, "unlimited air rights to the stars" and "astrofuel," are named in honor of such Texas icons as the Alamo, the Battle of San Jacinto, even Sam Houston himself, not to mention "the good and fair people of Texas."

Several of the claims have been named for Budnick or in memory of his deceased father, who spent his career working for the telephone company. Others are dedicated to the Rev. Martin Luther King Jr., and several are meant to honor the Kennedys, especially John F. Kennedy, since the president's pledge was responsible for putting a man on the moon.

Budnick, who was given the nickname Sputnik in the sixth grade, has always been interested in space and tries to follow all missions of the National Aeronautics and Space Administration. When Mars exploration took center stage as the Sojourner robot crept across the red plains in 1997, Budnick bought a red suit for the occasion.

"NASA isn't too keen on my activities," he admitted. "They rejected my application for astronaut training. If I could, though, I'd go to Mars. I'd go to Jupiter. I'd love to explore the planets."

On Earth, or at least around the domino table under the cedar tree on the Sabine County Courthouse square, some think he's already in orbit.

"He must be nuts," said one old-timer who declined to give his name.

"Darlin,' use your head," said another. "Would you file a claim like that? Do you know anyone in their right mind who would?"

"Everybody up here thinks I'm nuts too, but I don't think I am," sighed Budnick, who said he bases his claims on mining laws dating back to 1872, which he says are still on the books. "They laughed at Christopher Columbus, too."

Budnick first tried to file his claims in his home state of Massachusetts. When clerks in land offices around the state refused to accept them, he moved down the coast, unsuccessfully attempting to file in New York and New Jersey.

"I was very disappointed that even Florida wouldn't take them when they are home to the space program," he said.

Clerks responded with ridicule, he said, and eventually his activities got him fired from his state job helping people file Medicare and Medicaid claims.

The Spokane County Auditor's Office in Washington state finally accepted his mining claims to Mars in the early 1980s, but once the attorney general's office in that state found out, Budnick was grounded.

"I've had a little local yokel publicity," he said, "and, you know, with `space claiming,' the word gets out."

Budnick has never been to Texas, but his claims have found a home here since at least 1984, making the Lone Star State his favorite in the union.

"They're the only people who will still take them," he said. "When I wasn't getting anywhere on the East Coast, just like Horace Greeley, I said, `Go west, young man, go west.' I guess Texans, with their western attitude, are a little more open-minded."

Sabine County Clerk Janice McDaniel said the claims had been accepted here long before she took office, so she allowed Budnick to continue.

"The clerk at that time said it had everything on it and it was proper and we would accept it," she said. "Really, we're just acknowledging that his signature has been notarized on the form. It's signed and the fee is enclosed and that's all we need."

Every year, Budnick sends the clerks an alien-themed Christmas card in appreciation. McDaniel keeps the cards, saying she finds Budnick harmless; he considers the clerks his friends.

But do the claims really mean anything? Could they ever hold up if humans actually walk on the Red Planet one day as planned?

Not surprisingly, NASA says no.

Acquisition in outer space is prohibited under the United Nations Treaty on Outer Space signed in 1967. It says outer space, including the moon and other celestial bodies, are free to be explored and used by all states. Planting a flag on the moon was therefore only a symbolic gesture by U.S. astronauts. It doesn't mean they claimed the moon as American territory.

McDaniel won't even speculate as to the value of Budnick's claims.

"I have no idea," she said. "I've seen *Star Wars* and I like the movie, but I don't fathom (space mining) will happen in my lifetime.

"I know one thing for sure," the clerk added. "I'm not going up there to check out the dimensions."

Budnick said that since he is already in his 50s, is single and has no heirs, his family likely will never profit from the claims, but that's not really the point.

"I hope they're valid," he said. "But just having the American flag flying up there is what's important."

Besides, he said, his claims only cost $10 or $12 apiece, he's having fun and he's not bothering anyone except his sister, who wishes he would stop.

"I'd just like to accomplish something in my life," he said. "There are all types of fantastic ideas coming for the future, so maybe I'm crazy, or maybe I'm just a little ahead of my time."