UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #
04-30092-MPN

THOMAS P. BUDNICK
PLAINTIFF

VS.

HAMPDEN COUNTY HOUSE OF CORRECTION ET ALS DEFENDANTS

<u>MOTION TO PROCEED IN FORMA PAUPEROUS AND TO HAVE MARSHALS SERVICE</u>

THE PLAINTIFF HAS BEEN IN JAIL SINCE AUGUST 2, 2001. HE IS WITHOUT FUNDS AND RESPECTFULLY REQUESTS HE BE ALLOWED TO PROCEED IN FORMA PAUPEROUS AND TO HAVE SERVICE OF PROCESS BY A FEDERAL MARSHAL.

DATED: 04-11-04

BY-THE PRO-SE PLAINTIFF,
Thomas P. Budnick

PLEASE SEND SUMMONS, THANK YOU.