UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
PLAINTIFF

vs.

HAMPDEN COUNTY
HOUSE OF CORRECTIONS
ET ALS,
DEFENDANTS

CIVIL ACTION NUMBER:
04-30092-KPN

## PLAINTIFF'S MOTION FOR SIGNIFICANT TIME DELAY TO ANSWER DEFENDANTS MOTION TO DISMISS

### BACKGROUND OF MOTION

AFTER THE PRO-SE PLAINTIFF EXPRESSED HIS GREAT ALARM ABOUT THE FORECOMING EUROPEAN SPACE AGENCY "CASSINI" SPACECRAFT LANDING ON HIS SATURN MOON'S TITAN AND PHOEBE, FORENSIC CLINICIAN IVETTE RICHARDSON OF THE

FORENSIC MENTAL HEALTH SERVICES AT THE HAMPDEN COUNTY CORRECTIONAL CENTER ORDERED POWERFUL NEW NARCOTIC MIND CONTROL DRUGS.

## MOTION ITSELF

I CAN'T CONCENTRATE AND DON'T HAVE CONTROL OF MY MENTAL FACULTIES TO DO A NOTEWORTHY ANSWER TO DEFENDANTS MOTION TO DISMISS.

I FEEL THIS HONORABLE COURT SHOULD REALIZE I AM DESPERATELY TRYING TO CONTINUE AND EXPAND AMERICA'S MANIFEST DESTINY!! I "SEE" PAROLE THIS SEPTEMBER, AND SHOULD BE "OUT" BY THEN, AND CAN DO A BANG UP JOB DEFENDING AMERICAN SPACE INTERESTS. UNITED STATES SUPREME COURT JUSTICE BREYER HAS SHOWN GREAT RESPECT FOR MY EFFORTS.

IT SHOULD ALSO BE NOTED, MAGISTRATE KPN GOT ME FIRED FROM THE HOLYOKE WELFARE

WHEN I TRIED TO DELAY HIS PRE-TRIAL DISCOVERY, WITH PAT BAKER.

WHEREFORE, PLAINTIFF'S MOTION FOR SIGNIFICANT DELAY SHOULD BE ALLOWED.

DATED;
JULY 18, 2004

BY THE PRO-SE PLAINTIFF,
Thomas P Budnick
B-4 #34-123226
d.o.b. 02-16-47
ss# 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
HAMPDEN COUNTY
HOUSE OF CORRECTION,
627 RANDALL ROAD
LUDLOW MA.
01056-1085

CERTIFICATE OF SERVICE

I, TOM BUDNICK, HEREBY STATE I MAILED ABOVE ENTITLED PLEADING TO ATTORNEY EDWARD J. MCDONOUGH, JR. EGAN, FLANAGAN + COHEN, P.C. BOX 9035, SPFD, MA 01102-9035.

Tom Budnick