UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30092 N

| | |
|---|---|
| THOMAS P. BUDNICK<br>    Plaintiff<br><br>VS.<br><br>HAMPDEN COUNTY HOUSE OF<br>CORRECTION, SHERIFF MICHAEL J. ASHE,<br>JR., INDIVIDUALLY AND IN THE SCOPE OF<br>HIS AUTHORITY, VOCATIONAL MANAGER<br>JAMES L. GILL, INDIVIDUALLY AND IN THE<br>SCOPE OF HIS AUTHORITY, ASSISTANT<br>SUPERINTENDENT WILLIAM TOLLER,<br>INDIVIDUALLY AND IN THE SCOPE OF HIS<br>EMPLOYMENT, MASSACHUSETTS PAROLE<br>BOARD (MEMBERS UNKNOWN), BAYSTATE<br>MEDICAL CENTER, INC., DR. KRISTIN<br>STUEBER, INDIVIDUALLY AND IN THE SCOPE<br>OF HER EMPLOYMENT, DR. RALPH JONES<br>INDIVIDUALLY AND IN THE SCOPE OF HIS<br>EMPLOYMENT<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT, KRISTIN STUEBER, M.D.'S**
**ANSWER TO PLAINTIFFS' COMPLAINT**

**FIRST DEFENSE**

Answering to the numbered paragraphs of the Plaintiffs' Complaint, the Defendant, KRISTIN STUEBER, M.D., admits, denies and alleges as follows:

**JURISDICTION**

The allegations contained in this paragraph of the Plaintiff's Complaint are jurisdictional in nature and/or conclusions of law and therefore, are neither admitted

KEYES AND
DONNELLAN, P.C.
ATTORNEYS AT LAW
293 BRIDGE STREET
SUITE 600
SPRINGFIELD, MA 01103
(413) 781-6540

1

nor denied. The Defendant, Kristin Stueber, M.D., calls upon the Plaintiff to prove the allegations contained in this paragraph.

## PARTIES

Defendant, Stueber, admits that she is a physician at Baystate Medical Center, 759 Chestnut Street, Springfield, MA. As to any other allegations directed to the Defendant, Stueber, such allegations are denied. The remainder of all other allegations contained under the caption of "Parties" the Defendant is without knowledge and calls upon the plaintiff to prove same.

## COUNT I
### Damage to Manifest Destiny

The Defendant, KRISTIN STUEBER, M.D., is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in the Paragraphs in Count I and denies any such allegation that may pertain to her.

WHEREFORE, the Defendant, KRISTIN STUEBER, M.D., denies that the Plaintiff is entitled to judgment as demanded.

## COUNT II
### 42 USC 1981, 1985, 1987 Massachusetts Violations of MGL 231 et seq, MGL 266 et seq

The Defendant, KRISTIN STUEBER, M.D., is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in the Paragraphs in Count II of the Plaintiff's Complaint and denies any such allegation that may pertain to her.

KEYES AND
DONNELLAN, P.C.
ATTORNEYS AT LAW
293 BRIDGE STREET
SUITE 600
SPRINGFIELD, MA 01103
(413) 781-6540

2

WHEREFORE, the Defendant, KRISTIN STUEBER, M.D., denies that the Plaintiff is entitled to judgment as demanded.

## COUNT III
### Massachusetts Parole Board Bribery

The Defendant, KRISTIN STUEBER, M.D., is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in the Paragraphs in Count III of the Plaintiff's Complaint and denies any such allegation that may pertain to her.

WHEREFORE, the Defendant, KRISTIN STUEBER, M.D., denies that the Plaintiff is entitled to judgment as demanded.

## COUNT IV
### Amputation

The Defendant, KRISTIN STUEBER, M.D., denies each and every allegation contained in the Paragraphs in Count IV of the Plaintiffs' Complaint.

WHEREFORE, the Defendant, KRISTIN STUEBER, M.D., denies that the Plaintiff is entitled to judgment as demanded.

## SECOND DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that this action was not commenced within the time limit permitted by the applicable Statute of Limitations, wherefore, the Plaintiffs are barred from maintaining this said action.

KEYES AND
DONNELLAN, P.C.
ATTORNEYS AT LAW
293 BRIDGE STREET
SUITE 600
SPRINGFIELD, MA 01103
(413) 781-6540

### THIRD DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that the Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that if the injuries and damages allegedly caused to the Plaintiff were a result of negligence and carelessness, said negligent and careless acts were not committed by any person or persons over whom the Defendant, had control or for whom the said Defendant is legally responsible.

### FIFTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that the negligence and carelessness of the Plaintiff were equal to or exceed that of the said Defendant, wherefore, the Plaintiff cannot recover in this said action.

### SIXTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that the negligence and carelessness of the Plaintiff contributed to some degree to the injuries and damages sustained by him, wherefore, if the Plaintiff is entitled to recover in this said action, the damages should be reduced in accordance with law.

### SEVENTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that the Plaintiff, by his acts and conduct, is estopped in whole or in part from asserting any claims against the Defendant.

KEYES AND
DONNELLAN, P.C.
ATTORNEYS AT LAW
293 BRIDGE STREET
SUITE 600
SPRINGFIELD, MA 01103
(413) 781-6540

## EIGHTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that the Plaintiff by his acts and conduct has waived, in whole or in part, any claims against the Defendant.

## NINTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that at all times relevant to the actions alleged in the Plaintiff's Complaint, the Defendant, has acted in good faith and in conformity with the principles of fair dealing.

## TENTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that Plaintiff's harm, if any, was not sustained by any action of the Defendant.

## ELEVENTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that all her actions were lawful and that if the Plaintiff was harmed, he was harmed as the result of his own conduct.

## TWELFTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that she has fulfilled her obligation under any contract entered into between herself and the Plaintiff, and that she now owes the Plaintiff nothing.

KEYES AND
DONNELLAN, P.C.
ATTORNEYS AT LAW
293 BRIDGE STREET
SUITE 600
SPRINGFIELD, MA 01103
(413) 781-6540

## THIRTEENTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that the Plaintiff's claims is wholly insubstantial, frivolous and not advanced in good faith within the meaning of Massachusetts General Laws Chapter 231, Section 6F, and the Plaintiff is therefore barred from recovery against the Defendant and is liable to the Defendant for reasonable counsel fees and other costs and expenses incurred in defending against such claims.

## FOURTEENTH DEFENSE

Further answering, the Defendant, KRISTIN STUEBER, M.D., states that this matter should be referred to a Medical Malpractice Tribunal in accordance with Massachusetts General Laws, Chapter 231, Section 60(b), as amended.

THE DEFENDANT,
*KRISTIN STUEBER, M.D.*

By His Attorneys
KEYES AND DONNELLAN, P.C.

Dated:

Kevin C. Giordano, Esquire
293 Bridge Street, Suite 600
Springfield, MA 01103
(413) 781-6540
(413) 739-3502 FAX
BBO: #547376

KEYES AND
DONNELLAN, P.C.
ATTORNEYS AT LAW
293 BRIDGE STREET
SUITE 600
SPRINGFIELD, MA 01103
(413) 781-6540

6

## CERTIFICATE OF SERVICE

I, Kevin C. Giordano, Esquire, of Keyes and Donnellan, P.C., 293 Bridge Street, Suite 600, Springfield, Massachusetts, hereby certify that on the 20th day of July, 2004, I caused the original of the foregoing document to be sent to the Parties, by mailing, first class mail, postage prepaid, to the following:

Thomas P. Budnick, pro se
The Hampden County House of Correction
627 Randall Road
Ludlow, MA 01056

Edward J. McDonough, Jr., Esq.
EGAN, FLANAGAN & COHEN, P.C.
67 Market Street
P O Box 9035
Springfield, MA 01102-9035

_____
Kevin C. Giordano

KEYES AND
DONNELLAN, P.C.
ATTORNEYS AT LAW
293 BRIDGE STREET
SUITE 600
SPRINGFIELD, MA 01103
(413) 781-6540

7