UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
  PLAINTIFF

vs                                CA NO. 04-30092 M

HAMPDEN COUNTY
HOUSE OF CORRECTION
ET ALS
  DEFENDANTS

<u>MOTION FOR DEFENDANT ATTORNEY
TO FILE APPEARANCE AND TO
DEFAULT REMAINING DEFENDANTS</u>

THE PRO-SE PLAINTIFF'S MIND IS STILL "FOGGIE" FROM THE INCREASED NARCOTIC DRUGS HE IS BEING GIVEN IN A VAIN EFFORT TO PREVENT HIM FROM OPPOSING THE DECEMBER "CASSINI" SPACECRAFT ON SATURN MOON TITAN, WHERE HE HAS VALID CLAIMS.

THUS, HE REQUESTS EACH DEFENDANT FILE AN

APPEARANCE, AND HE RESPECTFULLY REQUESTS THIS HONORABLE COURT DEFAULT THE REST.

PLEASE EXAMINE ATTACHED EXHIBITS, - MY ORIGINAL COMPLAINT WAS SENT CERTIFIELD MAIL RETURN RECEIPT REQUESTED. THIS WAS SIGNED FOR ON JUNE 4TH, 2004

WHEREFORE, THE REMAING DEFENDANTS SHOULD BE DEFAULTED

DATED;
AUGUST 2, 2004

SIGNED UNDER THE PAINS + PENALTIES OF PERJURY.

BY THE PRO SE PLAINTIFF;

Thomas P. Buchnick
B-4 #34 123286
HAMPDEN COUNTY
HOUSE OF CORRECTION,
629 RANDAL ROAD
LUDLOW, MA
0106 56-2075

CERTIFICATE OF SERVICE

I, TOM BUDNICK, HEREBY STATE I MAILED ABOVE ENTITLED MOTION, VIA FIRST CLASS MAIL TO THE FOLLOWING ATTORNEYS, KEVIN C. GIORDANO, KEYES + DONNELLAN, SUITE 600, 293 SPRINGFIELD, MA. 01103 AND ATTORNEY EDWARD J. MCDONOUGH, EGAN, FLANAGAN AND COHEN, 67 MARKET STREET, P.O. BOX 9035, SPRINGFIELD, MA. 01102-9035.

Tom Budnick

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MA. PAROLE BOARD,
HAMPDEN COUNTY
HOUSE OF CORRECTIONS
627 RANDAL ROAD
LUDLOW, MA.
01056-1085

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
                               | 6/3/0

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)  7003 1680 0004 9625 332

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

1. Article Addressed to:
MR. WILLIAN TOLLER
C/O HAMPDEN COUNTY
HOUSE OF CORRECTIONS
629 RANDAL ROAD,
LUDLOW, MA.
01056-1085

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 9625 3

PS Form 3811, August 2001   Domestic Return Receipt   102595-02

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
B. Received by (Printed Name)   C. Date
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

1. Article Addressed to:
LEGAL PROCESS DEPT,
HAMPDEN COUNTY
HOUSE OF CORRECTIONS
629 RANDAL ROAD
LUDLOW, MA.
01056-1085

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0004 9625 3

PS Form 3811, August 2001   Domestic Return Receipt   102595

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
D. Is delivery address different from item 1?
If YES, enter delivery address below:

1. Article Addressed to:
SHERIFF MICHAEL J.
ASHE JR. C/O HAMPDEN
COUNTY HOUSE OF
CORRECTIONS, INC,
629 RANDAL ROAD
LUDLOW, MA.
01056-1085

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐

2. Article Number (Transfer from service label): 7003 1680 0004 9625

PS Form 3811, August 2001   Domestic Return Receipt   10259

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DEPT. OF CORRECTIONS
   c/o HAMPDEN COUNTY
   HOUSE OF CORRECTIONS
   629 RANDAL ROAD
   LUDLOW, MA.
   01056-1085

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [illegible]

B. Received by (Printed Name)   C. Date

D. Is delivery address different from item 1? ☐
   If YES, enter delivery address below: ☒

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐

2. Article Number (Transfer from service label): 7003 1680 0004 9625

PS Form 3811, August 2001   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JAMES L. GILL
   c/o HAMPDEN COUNTY
   HOUSE OF CORRECTIONS
   629 RANDAL ROAD
   LUDLOW, MA.
   01056-1085

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [illegible]

B. Received by (Printed Name)   C. Date

D. Is delivery address different from item 1? ☐
   If YES, enter delivery address below: ☒

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐

2. Article Number (Transfer from service label): 7003 1680 0004 9625 3

PS Form 3811, August 2001   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DOCTOR RALPH JONES
   c/o BAYSTATE MEDICAL
   CENTER
   759 CHESTNUT STREET
   SPRINGFIELD, MA.
   01199

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature [illegible]

B. Received by (Printed Name)   C. Date
   Tom [illegible]

D. Is delivery address different from item 1? ☐
   If YES, enter delivery address below: ☒

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐

2. Article Number: 7003 1680 0004 9625 3a25

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DOCTOR KRISTIN STUEBER
   % BAYSTATE MEDICAL
   CENTER, INC.,
   759 CHESTNUT STREET,
   SPRINGFIELD, MA.
   01199

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7003 1680 0004 9625 32

PS Form 3811, August 2001   Domestic Return Receipt   102595-02

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   LEGAL PROCESS DEPT.,
   BAYSTATE MEDICAL
   CENTER, INC.,
   759 CHESTNUT ST.,
   SPRINGFIELD, MA.
   01199

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

   [Postmark: SPRINGFIELD JUN 4 2004]

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7003 1680 0004 9625 3(?)

PS Form 3811, August 2001   Domestic Return Receipt   102595