UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
PLAINTIFF

vs   C.A. NO. 04-30092 N

HAMPDEN COUNTY
HOUSE OF CORRECTION
ET ALS
DEFENDANTS

## MOTION FOR DEFENDANT'S PRODUCTION OF ANY AND ALL RECORDS THAT PERTAIN TO THOMAS P. BUDNICK

Now comes the pro-se plaintiff and respectfully requests this honorable court order each defendant of record to produce any and all records that pertain to Thomas P. Budnick. This is as per the rules of the Federal Rules of Civil Procedure.

DATED:
AUGUST 2, 2004

BY THE PRO SE
PLAINTIFF,
Thomas P Budnick
THOMAS P BUDNICK
B.Y. #39 123,286
Hampden County
House of Correction
627 RANDALL RD,
LUDLOW MA.
01056-1085

CERTIFICATE OF SERVICE

I, TOM BUDNICK, HEREBY STATE I MAILED ABOVE ENTITLED MOTION VIA FIRST CLASS MAIL TO THE FOLLOWING ATTORNEYS; KEVIN C. GIORDANO, KEYES + DONNELLAN, SUITE 600, 293 BRIDGE STREET, SPRINGFIELD MA. 01103 AND ATTORNEY EDWARD J MCDONOUGH, JR, % EGAN FLANAGAN AND COHEN, 67 MARKET STREET, P.O. BOX 9035, SPRINGFIELD MA. 01102-9035.

Tom Budnick