UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS P. BUDNICK<br>　　　Plaintiff,<br><br>v.<br><br>HAMPDEN HOUSE OF CORRECTION<br>　　　et al.,<br>　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-30092-KPN |

## MASSACHUSETTS PAROLE BOARD'S MOTION TO DISMISS

Defendant Massachusetts Parole Board ("Board"), moves that it be dismissed from this action pursuant to Rules 12(b)(1) and (6). As fully detailed in the accompanying memorandum, the complaint describes the following causes of action: 1) "damage to America's Manifest Destiny"; 2) violation of civil rights; 3) "bribery"; and 4) medical malpractice.

This Court lacks subject matter jurisdiction over any of these claims. The complaint alleges no personal conduct by any member of the Board to state a claim against a member individually, and all claims for damages against Board members acting in their official capacity are barred by the principles of sovereign immunity embodied in the Eleventh Amendment. These fatal defects in the plaintiff's complaint, in conjunction with the frivolous nature of the underlying claims, require its dismissal as to defendant Massachusetts Parole Board, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

In support of this motion, defendant Massachusetts Parole Board relies on the accompanying memorandum of law.

2

WHEREFORE, the defendant Massachusetts Parole Board moves that it be dismissed from this action.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Daniel I. Smulow
Daniel I. Smulow, BBO 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2949

Dated: August 12, 2004            ATTORNEYS FOR
                                  MASSACHUSETTS PAROLE BOARD

**Certificate of Compliance with Local Rule 7.1(A)(2)**

I am unable to consult with the plaintiff because he is presently incarcerated; however, in light of the relief sought by this motion, it is my belief that he would not assent to it.

/s/ Daniel I. Smulow

**Certificate of Service**

I hereby certify that a true copy of the above document was served on the plaintiff :

Thomas P. Budnick, *pro se*
B-4 #34 12328
Hampden County House of Correction
629 Randall Road
Ludlow, MA 01056-1085;

and on:

Katherine J. Day, Esq.
Egan, Flanagan & Cohen, P.C.
67 Market Street

3

P.O. Box 9035
Springfield, MA 01102-9035; and

Edward J. McDonough, Jr., Esq.
Egan, Flanagan & Cohen, P.C.
67 Market Street
P.O. Box 9035
Springfield, MA 01102-9035           ATTORNEYS FOR:
                                     Hampden County House of Correction;
                                     Michael J. Ashe, Jr.;
                                     James L. Gill;
                                     William Toller;

                                     and on:

Kevin C. Giordano, Esq.
Keyes & Donnellan
293 Bridge Street, Suite 600
Springfield, MA 01103                ATTORNEY FOR:
                                     Kristin Stueber,

                                     and on:

General Counsel
Baystate Medical Center
759 Chestnut Street
Springfield, MA 01199                ATTORNEY FOR:
                                     Baystate Medical Center,

on August 12, 2004. I further certify that I was unable to serve a copy of this document on Dr. Ralph Jones because I am unable to determine whether he is represented or identify any address for him.

/s/ Daniel I. Smulow