UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| THOMAS P. BUDNICK ) | | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 04-30092-KPN | |
| ) | | |
| HAMPDEN HOUSE OF CORRECTION ) | | |
|     et al., ) | | |
|     Respondents. ) | | |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the document listed blow has been manually filed with the Court and is available in paper form only:

1.  Plaintiff's Complaint with Numbered Paragraphs.

The original document is maintained in the case file in the Clerk's Office.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Daniel I. Smulow
Daniel I. Smulow, BBO 641668
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2949

Dated: August 12, 2004               ATTORNEYS FOR
                                     MASSACHUSETTS PAROLE BOARD