UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION #

THOMAS P. BUDNICK
PLAINTIFF

CN: 3:04-30092 N

VS.

COMPLAINT

HAMPDEN COUNTY
HOUSE OF CORRECTION
SHERIFF MICHAEL J.
ASHE, JR, INDIVIDUALLY
AND IN THE SCOPE OF
HIS AUTHORITY
VOCATIONAL MANAGER
JAMES L. GILL, INDIVID
UALLY AND IN THE
SCOPE OF HIS AUTHOR-
ITY,
ASSISTANT SUPERINTEN-
DENT WILLIAM TOLLER
INDIVIDUALLY AND IN
THE SCOPE OF HIS
EMPLOYMENT,
MASSACHUSETTS PAROLE
BOARD (MEMBERS UNKNOWN)
BAYSTATE MEDICAL



CENTER, INC.,
DOCTOR KRISTIN.
STUEBER, INDIVIDUALLY
AND IN THE SCOPE
OF HER EMPLOYMENT,
DOCTOR RALPH JONES
INDIVIDUALLY AND IN
THE SCOPE OF HIS
EMPLOYMENT

## JURISDICTION

(1) THE LEGAL BASES OF THIS COMPLAINT LIES IN, MA. CIVIL RIGHTS ACT, MA. DECLARATION. OF RIGHTS UNDER THE MA. CONSTITU-TION M.G.L. 266 § 20, 25, 30 ET SEQ., M. GL. 231§ 93, 94 ET SEQ., AND THE 14TH AMENDMENT TO THE FEDERAL CONSTITUTION. ALSO OF MAJOR IMPORTANCE IS 42 U.S.C. 1981, 1983, 1985, 1987 ET SEQ.. THE PLAIN-TIFF ALSO INVOKES MEDICAL NEGLI-GENCE, FAILURE TO DIAGNOSE, FAILURE TO PROPERLY SUPERVISE, SUPERIOR OFFICER LIABILITY + SURGERY ERROR. (PLEASE NOTE: THE LAW LIBRARY IN THE HAMPDEN COUNTY HOUSE OF



CORRECTION IS HORRIBLE/ATRO-
CIOUS — NO U.S. CODE EXISTS.
THEIR) DIVERSITY JURISDICTION
IS CLAIMED BY THE HARD FACT
THAT THE TEXAS SECRETARY OF
STATE AWARDED THOMAS P.
BUDNICK TEXAS RESIDENCY OVER
TWENTY (20) YEARS AGO BECAUSE
OF HIS AMERICAN SPACE CLAIM IN
— 28 USC § 1332.

2. A FEDERAL QUESTION ARISES
OUT OF THE AMOUNT IN CONTROV-
ERSY EXCEEDS $50,000 — IN FACT
BILLIONS) AND TRILLIONS OF
AMERICAN DOLLARS ARE AT
STAKE — 28 USC 1331.

## PARTIES

3. THE PLAINTIFF, THOMAS P. BUDNICK
HAS BEEN A RESIDENT OF THE
HAMPDEN COUNTY HOUSE OF
CORRECTION SINCE AUGUST 2, 2001.
4. THE DEFENDANT, MICHAEL J.
ASHE, JR IS SHERIFF THERE.
5. THE DEFENDANT, JAMES L.
GILL IS DIRECTOR OF VOCATIONAL
TRADES AT THE HAMPDEN COUNTY



JAIL.

6) THE DEFENDANT, WILLIAM TOLLER IS ASSISTANT SUPERINTENDENT AT THE HAMPDEN COUNTY JAIL.

7) THE DEFENDANT MASS. PAROLE BOARD IS IN CHARGE OF PAROLES AT THE COUNTY JAIL. SOME MEMBERS ARE UNKNOWN.

8) THE DEFENDANT BAYSTATE MEDICAL CENTER, INC. IS IN CHARGE OF MEDICAL SURGERY AT THE HAMPDEN COUNTY JAIL.

9) THE DEFENDANT, DOCTOR KRISTIN STUEBER IS IN CHARGE OF SURGERY AT BAYSTATE MEDICAL CENTER, INC. 759 CHESTNUT STREET, SPRINGFIELD MA. 01199.

10) THE DEFENDANT DOCTOR RALPH JONES IS IN CHARGE OF TOE SURGERY AT BAYSTATE MEDICAL CENTER, INC. 759 CHESTNUT STREET, SPRINGFIELD, MA. 01199.



# COUNT I
## DAMAGE TO AMERICA'S
## MANIFESY DESTINY

(11) PLEASE READ ATTACHED ARTICLE / EXHIBIT. SHORT+SWEET BUDNICK JUST HAS TO GET HOME TO CLAIM VAST PROPERTY IN OUTER SPACE ri12 RESERVED FOR FOR THE GOOD AND FAIR PEOPLE OF TH UNITED STATES AND TEXAS— PLEASE NOTE; MY HOME IS A SHORT TWO(2) MINUTES AWAY.

(12) BUDNICK IS WILLING TO PAY FOR THE GUARD OVERTIM TO BE ALLOWED HOME FOR A TWO(2) HOUR PERIOD. IN THE ALTERNATIVE, HE IS WILLING TO DRAW A DIAGRAM OF HIS "HOME LIBRAR: ONE(1) OR TWO(2) CORRECTIONAL OFFICER COULD PICK-UP HIS MARTIAN CHARTS, MARTIAN LOCATION PATTERN'S, MARTIAN DIAGRAM'S, MARTIAN "SKY-CHART. AND DELIVER THEM TO BUDNICK IN THE JAIL.



③ BUDNICK'S DESPERATE CRYS FOR HELP HAVE BEEN MEET WITH RIDICULED AND SCORN FROM: ASHE TOLLER GILL, AND THE MA. PAROLE BOARD.

④ IT SHOULD BE NOTED BUDNICK' MAIN COMPETITOR — MR. DENNIS HOPE, HIGHWAY 395, ℅ LUNAR EMBASSIES GARDNERVILLE, NEVEDA IS VERY VERY ACTIVE ON THE MOONS OF JUPITER!

⑤ WHEREFORE, BUDNICK IS FORCED TO SEEK FROM ASHE TOLLER, GILL, + MA. PAROLE BOARD THE FOLLOWING DAMAGES;

⑥ DAMAGES

DAMAGE TO AMERICA'S MANIFEST DESTINY     $5,000,000,000 00

EMTIONAL DAMAGE  $ 5,000,000 00

FAILURE TO PROPERLY INVESTIGATE $5,000,000,000 00

LIBEL     $ 10,000,000 00

PSYCHOLOGICAL DAMAGE     $ 10,000,000 00

ORAL CONTRACT  $ 10,000,000 00

REPUTATION DAMAGE $ 40,000,000 00

SLIANDER DAMAGE $ 200,000,000 00

⑦

SUPERIOR OFFICER $250,000,000⁰⁰
LIABILITY

COUNT II
42 USC 1981, 1983, 1985, 1987
MASSACHUSETTS VIOLATIONS OF
MGL 231 ET SEQ MGL 266 ET SEQ

⑦ SINCE AUGUST 2, 2001 THE
PLAINTIFF HAS HAD AN EXCELLENT,
I DO MEAN EXCELLENT, RECORD AT
THE HAMPDEN COUNTY HOUSE OF
CORRECTION.

⑧ FOR FOUR (4) MONTHS HE HAD
SUCCESSFUL EMPLOYMENT IN
GRAPHIC ARTS FROM JUNE 2002
UNTIL OCTOBER 2002. IN LATE
OCTOBER BUDNICK INADVERTENT-
LY PUT THREE (3) TWO (2) INCH
PIECES OF SCOTCH TAPE ON HIS
FINGERS AND ATTEMPTED TO WALK
OUT OF THE OFFICE. HE DIDN'T
THINK OF THIS AS STEALING.
THIS TAPE WAS TO DO HIS
AMERICAN SPACE EXPLORATION
WORK!! HE WAS APPREHENDED
AND ACCUSED OF STEALING B,



THE HAMPDEN COUNTY JAIL, ASHE, GILL, AND TOLLER. NORMAL TRIAL PROCEDURES EXIST IN THE HAMPDEN COUNTY JAIL FOR THIS! ON OR ABOUT 11-01-02 A TRIAL WAS HELD AND WITNESS'S WERE CALLED, CROSS—EXAMINATION WAS DONE ETC. ETC, ETC, — ALL THE REQUIRE-MENTS FOR A STATE OF MASSA-CHUSETTS TRIAL.

(4) THE RESULT IS ALL THAT IS IMPORTANT, AND ON 11-01-02, CAPTAIN BROSMAN FOUND THE PLAINTIFF NOT GUILTY OF THE MOST RIDICULOUS AND FRIVOLOU. CASE HE EVER HEARD IN HIS ENTIRE CORRECTIONAL CAREER!

(5) NOT CONTENT TO LET "MATTER REST — GILL, ASHE+TOLLER HAVE REPEATEDLY ACCUSED BUDNICK OF STEALING. IN FACT, GILL HAS USED THIS EXCUSE TO KEEP BUDNIC OUT OF BUSINESS OCCUPATIONS AND STUCK IN WELDING SHOP. IT SHOULD BE NOTED BUDNICK HAS A MASTER'S DEGREE AND ATTENDED



FOUR
4.) LAW SCHOOLS, IN THE BEST
INTEREST OF ALL PARTIES, BUD
NICK SHOULD BE ALLOWED TO
ATTEND BUSINESS OCCUPATIONS

②) TIME AFTER TIME AFTER
TIME AFTER TIME AFTER TIME,
GILL + TOLLER HAVE BROUGHT
UP THIS SUBJECT. FINALLY, ON
12-11-03 GILL + TOLLER REPEATEDLY
ACCUSED BUDNICK OF STEALING
AND MOST GALLING ADVISED
BUDNICK'S MOTHER OF THIS, VIA
THE TELEPHONE.

②) WHEN BUDNICK PRIVATELY MEET
WITH SHERIFF ASHE, IN REGARD TO
HIS MARTIAN CLAIMING AND
AMERICAN SPACE EXPLORATION
PSHCHIATRIC MEDICATION AND
OBSERVATIONS WERE ORDERED!

③) ONE WONDER'S WHY(?) THE
PLAINTIFF DID NOT GO THROUGH
THE "NORMAL" CHANNELS. IT SHOULL
BE NOTED THE PLAINTIFF HAS
SIX HUNDRED AND FOURTEEN (614)
AUDIO/VIDEO TAPE APPLICATIONS
FOR SHOW CAUSE PENDING IN THE
PALMER TRIAL COURT. THESE 14 TL

(10)

BEEN PENDING FOR TWENTY-FOUR
(24) YEARS AND ALL HE GETS
FROM THE PALMER TRIAL COURT
IS "EVERYTHING IS IN ORDER, WE
WILL CALL YOU IN FOR A HEARING
IN A FEW WEEKS" A FEW OF
THESE APPLICATIONS DEAL WITH
MARTIAN TRESPASS, AND UNITED
STATES SUPREME COURT JUDGE
STEPHEN BREYER HAS GRANTED
BUDNICK GREAT FAVOR!!!

(A) ALL BUDNICK GETS FROM ASHE,
GILL, + TOLLER IS "YOU TRIED TO
STEAL THREE(3) PIECES OF SCOTCH
TAPE FROM GRAPHIC ARTS".
PLUS DOCTOR KRISTIN STUEBER
HIGHLY RIDICULED BUDNICK FOR
ALLEGEDLY BURNING HIS HANDS
ON A MARTIAN METEORITE.

(B) WHEREFORE, IT IS RESPECTFULLY
REQUESTED, THIS HONORABLE COURT
ORDER A F.B.I. INVESTIGATION
OF THIS JAIL, THE MA. PAROLE
BOARD AND MOST IMPORTANTLY
THE PALMER TRIAL COURT. ALL
BUDNICK GETS FROM THE ABOVE
THREE(3) IS LAUGHTER AND

(11)

EXTREME RIDICULE DUE TO HIS
AMERICAN SPACE EXPLORATION,

VIOLATION OF MGL 266 + 231
AND U.S CODE 42 USC 1983
26 ENTIRE LAW LIBRARIES HAVE
BEEN WRITTEN You CANNOT CONTIN
UALLY ACCUSE SOME OF A
CRIME UNLESS THEY ARE GUILTY
VIA THE DUE PROCESS SYSTEM.

D DAMAGES
DAMAGE TO AMERICA'S MANIFEST
DESTINY    $5,000,000,000 00
EMTIONAL DAMAGE $5,000,000, 00
FAILURE TO
PROPERLY INVESTIGATE$5,000,000,000 00
LIBEL        $10,000,000 00
PSYCHOLOGICAL
   DAMAGE   $10,000,000 00
ORAL CONTRACT $10,000,000 00
REPUTATION DAMAGE $40,000,000 00
SLANDER DAMAGE $200,000,000 00
SUPERIOR OFFICER $250,000,000 00
LIABILITY     $5,000,000 00

(12)

# COUNT III
## MA. PAROLE BOARD
## BRIBERY

28. THE PLAINTIFF, TOM BUDNICK, WAS DENIED PAROLE ON SEPTEMBER 4th 2003 EVEN THOUGH HE HAS:

29. A. AN EXCELLENT RECORD AT THE HAMPDEN COUNTY HOUSE OF CORRECTION — NO FIGHTS, NO PROBLEMS WITH THE CORRECTION OFFICER'S, NO MINOR DISCIPLINARY PROBLEMS, NO SANCTIONS, NO MAJOR VIOLATIONS OR ANY OTHER PROBLEMS WITH FELLOW INMATES.

30. B. I ATTEND ALL TRAINING AND ACHIEVEMENT WORKSHOPS. AT DISCOVERY A HUGE LIST OF CERTIFICATES OF ACCOMPLISHMENT SHALL BE PRESENTED TO THIS HONORABLE COURT. IN FACT SEVERAL INSTRUCTORS HIGHLY RECOMMENDED THE QUALITY OF HIS WORK AND PERFORMANCE.

31. C. TOM BUDNICK TAKES GREAT RESPONSIBILITY FOR

(13)

THE SERIOUS NATURE OF THE
CRIME, AND IS TRUELY SORRY.
32 D. TOM BUDNICK HAS TO
GET OUT OF JAIL TO FILE
MARTIAN MINING CLAIMS. HE
HAS BEEN DOING THIS ON A
REGULAR BASES FOR TWENTY-
FIVE (25) YEARS. OF COURSE, IF
HE'S IN JAIL, OBVIOUSLY HE
CAN NOT DO THIS.

33 E. AT THE FIRST PAROLE
HEARING THE OFFICER IN
CHARGE ACTED DRUNK OR
DRUGGED. HE SLURRED HIS WORD.
AND WAS VERY INCOMMUNICA-
DO. HE ONLY ALLOWED TOM
BUDNICK A TWO (2) MINUTE INTER
VIEW BEFORE HE DENIED HIS
PAROLE. THE PAROLE BOARD
OFFICER WAS VERY RED FACED
AND RED NOSED WHICH PROVED
HIS INCAPACITY! HE TOOK A
BRIBE TO DENY THE CASE AND
REFUSED TO IDENTIFY HIMSELF.

34 ON SEPTEMBER 8, 2003 THE
PAROLE BOARD DENIED BUDNICK!
HEARING DATE OF SEPTEMBER



7th, 2003. OF COURSE HE IMME-
DIATELY APPEALED, AND THIS WA
FURTHER DENIED. ON OCTOBER
14th 2003. AGAIN, HE APPEAL-
ED ON DECEMBER 10th 2003
and it WAS DENYED FOR A
FINAL TIME SHORTLY THERE
ATFER.

## DAMAGES

DAMAGE TO AMERICA'S MANIFESi
DESTINY $5,000,000,000.00
EMTIONAL DAMAGE $5,000,000.00
FAILURE TO
PROPERLY INVESTIGATE $5,000,000,000.00
LIBEL $10,000,000.00
PSYCHOLOGICAL
 DAMAGE $10,000,000.00
ORAL CONTRACT $10,000,000.00
REPUTATION
 DAMAGE $40,000,000.00
SLANDER
 DAMAGE $40,000,000.00
SUPERIOR
OFFICER $250,000,000.00
LIABILITY

# COUNT IV
# AMPUTATION

(36) i WAS ADMITTED TO THE JAIL ON AUGUST 2, 2001. AT THE TIME i WAS IN GREAT AGONY AND PAIN. BOTH HAMPDEN COUNTY HOUSE OF CORRECTION AND BAY STATE MEDICAL CENTER, INC FAILED TO PROVIDE IMMEDIATE AND PROMPT RELIEF IN FACT, DOCTOR STUEBER RIDICULED MY MARTIAN, METEOR-ITE BURNS BY SAYING i WAS SCHIZOPHRENIC. NO MEDICA-TION OR PAIN KILLERS WERE GIVEN! MONTH AFTER MONTH i WAS IN AGONY AND COULDN'T EVEN WAITE!

(37) FINALLY, ON 12-19-2001 SURGICAL DOCTOR STUEBER AMPUTATED BUDNICK'S 2ND RIGHT FOREFINGER SAYING THE INFECTION HAD GONE MUCH TOO FAR. HAD THE OPERATION BEEN DONE IMMEDIATELY BUDNICK'S FINGER COULD HAVE BEEN SAVED. DOCTOR STUEBER WAITED MUCH TOO LONG TO DO WHAT PROPER.

MEDICAL TECHNIQUES REQUIRED
BUDNICK'S HAND PROBLEMS WERE
FURTHER DAMAGED BY LACK OF
SOUND MEDICAL DIAGNOSIS!
(38) LIKEWISE, BUDNICK WAS
IN AGONY FOR THREE(3) YEARS
WITH HIS BADLY INGROWN TOE-
NAIL ON HIS RIGHTFOOT LARGE
TOE. THE HAMPDEN COUNTY JAIL
AND BAYSTATE MEDICAL CENTER,
INC. JUST ORDERED SOAKING IN
HOT WATER 4 TO FIVE(5) TIMES A
DAY. AGAIN THIS WENT ON FOR
TWO(2) YEARS UNTIL 01-15-2003
WHEN I HAD A BIG TOE OPERATIO.
AT BAYSTATE MEDICAL CENTER,
INC. MY BIG TOE WAS DIAGNOS,
AS HAVING A TREMENDOUS
WHITE PUS POCKET, VERY DEEP
INGROWN TOE-NAIL, AND BAD
INFECTION. IT WAS RUMORED
"THEY" WOULD HAVE TO CUT OFF MY
BIG TOE, TOO!!!!

(39) AFTER MUCH AGONY + SUFFER-
ING MY BIG TOE NAIL ALSO GREW
BACK. AGAIN FOR EMPHASIS'S
BAYSTATE AND THE JAIL ONLY



RECOMMENDED SOAKING IN HOT
WATER 3/4/5/6 TIMES A DAY.
EVERY TIME LARGE AMOUNTS oF
WHITE PUS WOULD ESCAPE.

FINALLY, ON 01-20-04 DOCTOR
RALPH JONES CUT THE NAIL OFF AN.
APPLIED A ACID SOLUTION TO TH
NAIL. THIS STOPPED AND KILLE
THE NAIL GROWTH AND SHOULD O.
BEEN DONE THREE (3) YEARS AGO.
AS OF TODAY'S DATE BUDNICK
NAIL APPEARS FINE WITH NO
INFECTION!

WHEREFORE, i WAS IN AGONY
FOR THREE (3) YEARS. THE PLAINTI
DEMANDS THE FOLLOWING;

## DAMAGES

AMPUTATION $2,000,000 ⁰⁰
MEDICAL NEGLIGENCE $800,000 ⁰⁰
GROSS NEGLIGENCE $800,000 ⁰⁰
FAILURE TO DIAGNOSE $250,000 ⁰⁰
FAILURE TO PROPERLY
            SUPERVISE $300,000 ⁰⁰
SUPERIOR OFFICER
            LIABILITY $250,000 ⁰⁰
SURGERY ERRORS $500,000 ⁰⁰
DELAY IN OPERATIONS $2,000,000 ⁰⁰



SIGNED UNDER THE PAINS AND
PENALTIES OF PREJURY THIS 11th
DAY OF APRIL, 2004.

BY THE PRO-SE
PLAINTIFF;
Thomas P. Budnick
d of b 02-16-47
B-4 #34-123286
HAMPDEN COUNTY
HOUSE OF CORRECTIO.
629 RANDAL ROAL,
LUDLOW, MA.
01056-1085

CERTIFICATE OF SERVICE
NO CERTIFICATION OF SERVICE IS
DO-HOPEFULLY THIS SHALL BE DONE
BY A FEDERAL MARSHAL.
Tom Budnick

This land is your land, this space is his space



HoustonChronicle.com

Section: Space Chronicle



HoustonChronicle.com's Space Forum

*Dec. 10, 1999, 5:13PM*

# This land is your land, this space is his space

## Little by little, man attempts to lay claim to parts of Mars, Jupiter and beyond

**By PATTY REINERT**
**Copyright 1999 Houston Chronicle**

HEMPHILL -- It might be unfair to pick on NASA when it's down, but here goes:

Besides last week's disappointing failure at making contact with its Mars Polar Lander, the space agency also could be trespassing.

At least that's how Thomas Budnick sees things.

The 52-year-old former social worker from Ludlow, Mass., has spent the past two decades in relative obscurity, mailing his official claims to land and mineral rights on Mars and elsewhere in outer space to the Sabine County Clerk's Office in this quiet East Texas town.



AP Photo/Nancy Palmieri

Complete with star charts and maps where X marks the spot, Budnick's filings claim specific portions, spelled out in longitude and latitude, of Mars, Jupiter and its moons, Galaxies NGC5194 and NGC5195 and the asteroid Nereus, to name some.

"I just do it to continue America's manifest destiny, which is now space exploration," said Budnick. "Other people spend their money on beer or whatever. Every time I get a little extra money, I file a claim."

Most of the claims, reserving mineral rights, "unlimited air rights to the stars" and "astrofuel," are named in honor of such Texas icons as the Alamo, the Battle of San Jacinto, even Sam Houston himself, not to mention "the good and fair people of Texas."

This land is your land, this space is his space                                    Page 2 of 4

Several of the claims have been named for Budnick or in memory of his deceased father, who spent his career working for the telephone company. Others are dedicated to the Rev. Martin Luther King Jr., and several are meant to honor the Kennedys, especially John F. Kennedy, since the president's pledge was responsible for putting a man on the moon.

Budnick, who was given the nickname Sputnik in the sixth grade, has always been interested in space and tries to follow all missions of the National Aeronautics and Space Administration. When Mars exploration took center stage as the Sojourner robot crept across the red plains in 1997, Budnick bought a red suit for the occasion.

"NASA isn't too keen on my activities," he admitted. "They rejected my application for astronaut training. If I could, though, I'd go to Mars. I'd go to Jupiter. I'd love to explore the planets."

On Earth, or at least around the domino table under the cedar tree on the Sabine County Courthouse square, some think he's already in orbit.

"He must be nuts," said one old-timer who declined to give his name.

"Darlin,' use your head," said another. "Would you file a claim like that? Do you know anyone in their right mind who would?"

"Everybody up here thinks I'm nuts too, but I don't think I am," sighed Budnick, who said he bases his claims on mining laws dating back to 1872, which he says are still on the books. "They laughed at Christopher Columbus, too."

Budnick first tried to file his claims in his home state of Massachusetts. When clerks in land offices around the state refused to accept them, he moved down the coast, unsuccessfully attempting to file in New York and New Jersey.

"I was very disappointed that even Florida wouldn't take them when they are home to the space program," he said.

Clerks responded with ridicule, he said, and eventually his activities got him fired from his state job helping people file Medicare and Medicaid claims.

The Spokane County Auditor's Office in Washington state finally accepted his mining claims to Mars in the early 1980s, but once the attorney general's office in that state found out, Budnick was grounded.

"I've had a little local yokel publicity," he said, "and, you know, with `space claiming,' the word gets out."

Budnick has never been to Texas, but his claims have found a home here since at least 1984, making the Lone Star State his favorite in the union.

"They're the only people who will still take them," he said. "When I wasn't getting anywhere on the East Coast, just like Horace Greeley, I said, `Go west, young man, go west.' I guess Texans, with their western attitude, are a little more open-minded."

Sabine County Clerk Janice McDaniel said the claims had been accepted here long before she took office, so she allowed Budnick to continue.

"The clerk at that time said it had everything on it and it was proper and we would accept it," she said. "Really, we're just acknowledging that his signature has been notarized on the form. It's signed and the fee is enclosed and that's all we need."

Every year, Budnick sends the clerks an alien-themed Christmas card in appreciation. McDaniel keeps the cards, saying she finds Budnick harmless; he considers the clerks his friends.

But do the claims really mean anything? Could they ever hold up if humans actually walk on the Red Planet one day as planned?

Not surprisingly, NASA says no.

Acquisition in outer space is prohibited under the United Nations Treaty on Outer Space signed in 1967. It says outer space, including the moon and other celestial bodies, are free to be explored and used by all states. Planting a flag on the moon was therefore only a symbolic gesture by U.S. astronauts. It doesn't mean they claimed the moon as American territory.

McDaniel won't even speculate as to the value of Budnick's claims.

"I have no idea," she said. "I've seen *Star Wars* and I like the movie, but I don't fathom (space mining) will happen in my lifetime.

"I know one thing for sure," the clerk added. "I'm not going up there to check out the dimensions."

This land is your land, this space is his space
Page 4 of 4

Budnick said that since he is already in his 50s, is single and has no heirs, his family likely will never profit from the claims, but that's not really the point.

"I hope they're valid," he said. "But just having the American flag flying up there is what's important."

Besides, he said, his claims only cost $10 or $12 apiece, he's having fun and he's not bothering anyone except his sister, who wishes he would stop.

"I'd just like to accomplish something in my life," he said. "There are all types of fantastic ideas coming for the future, so maybe I'm crazy, or maybe I'm just a little ahead of my time."