United States District Court
District of Massachusetts
Civil Action No. 04-30092-KPN

---

Thomas P. Budnick,
Plaintiff
v.
Hampden County House of Correction,
Sheriff Michael J. Ashe, Jr., Individually and
in the Scope of His Authority,
James L. Gill, Vocational Manager, Individually
and in the Scope of His Authority,
Assistant Superintendent William Toller,
Individually and in the Scope of His Employment,
Massachusetts Parole Board (Members Unknown),
Baystate Medical Center, Inc.,
Doctor Kristin Stueber, Individually and
in the Scope of Her Employment,
Doctor Ralph Jones, Individually and in the Scope
of His Employment and
Department of Corrections,
Defendants

---

## Motion to Dismiss of
## Defendant Department of Corrections

Now comes the defendant Department of Corrections and hereby joins in the Motion to Dismiss previously filed on behalf of defendants Hampden County House of Correction, Sheriff Michael J. Ashe, Jr., James L. Gill and William Toller.

Defendant Department of Corrections incorporates by reference the arguments set forth in said motion.

Wherefore, the defendant Department of Corrections prays that the complaint be dismissed with prejudice.

The Defendant,
Department of Corrections
By Its Attorney

_____
Edward J. McDonough, Jr., Esq.
Egan, Flanagan and Cohen, P.c.
67 Market Street - P. O. Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413)737-0121
BBO# 331590

**CERTIFICATE OF SERVICE**

_____ certifies that copies of the foregoing document was served on Thomas P. Budnick, Hampden County Correctional Center, 627 Randall Road, Ludlow, MA 01056; Kevin C. Giordano, Esq., Keyes and Donnellan, P.C. 2934 Bridge Street, Springfield, MA and Daniel I. Smulow, Esq., Assistant Attorney general, Criminal Bureau, One Ashburton Place, Boston, MA 02108 by fax/mail on 8/19/2004.

2866-040633\74347.wpd

2