UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 04-30092-KPN

THOMAS P. BUDNICK
PLAINTIFF
V.
HAMPDEN COUNTY HOUSE OF CORRECTION,
SHERIFF MICHAEL J. ASHE, JR., INDIVIDUALLY AND
IN THE SCOPE OF HIS AUTHORITY,
JAMES L. GILL, VOCATIONAL MANAGER, INDIVIDUALL
AND IN THE SCOPE OF HIS AUTHORITY,
ASSISTANT SUPERINTENDENT WILLIAM TOLLER,
INDIVIDUALLY AND IN THE SCOPE OF HIS EMPLOYMENT,
MASSACHUSETTS PAROLE BOARD (MEMBERS UNKNOWN),
BAYSTATE MEDICAL CENTER, INC.,
DOCTOR KRISTIN STUEBER, INDIVIDUALLY AND IN THE SCOPE OF HER
EMPLOYMENT, DOCTOR RALPH JONES, INDIVIDUALLY AND
IN THE SCOPE OF HIS EMPLOYMENT AND DEPARTMENT OF CORRECTIONS
DEFENDANTS

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR DEFENDANTS ATTORNEY TO FILE APPEARANCE AND TO DEFAULT REMAINING DEFENDANTS

Now come the defendants, Hampden County House of Correction, Sheriff Michael J. Ashe, Jr., James L. Gill, William Toller, and Department of Corrections and oppose plaintiff's Motion for Defendants Attorney to File Appearance and to Default Remaining Defendants on the grounds that there is a pending Motion to Dismiss the claim for failure to state a claim upon which relief can be granted.

The defendants also state that the undersigned Edward J. McDonough, Jr. (BBO#331590) has previously appeared, by the filing of motions to dismiss, for the Hampden County House of Correction, Sheriff Michael J. Ashe, Jr., James L. Gill and William Toller and has now appeared by filing herewith a motion to dismiss

on behalf of the Department of Corrections. Attorney Kevin C. Giordano (BBO#547376) has appeared, by the filing of defendant's Answer, for defendants Baystate Medical Center, Ralph Jones, M.D. and Kristin Stueber, M.D. Attorney Daniel I. Smulow (BBO#641668) has appeared, by the filing of a Motion to Dismiss, for defendant Massachusetts Parole Board. Accordingly, all named defendants have appeared through counsel and have filed a responsive pleading.

Wherefore, the defendants respectfully request that the Court deny Mr. Budnick's Motion for Defendant Attorney to File Appearance and to Default Remaining Defendants.

> The Defendants, Hampden County
> House of Correction, Sheriff Michael
> J. Ashe, Jr., William Toller, James L.
> Gill and Department of Corrections
> By Their Attorney
>
> _____
> Edward J. McDonough, Jr., Esq.
> Egan, Flanagan and Cohen, P.C.
> 67 Market Street - Post Office Box 9035
> Springfield, MA 01102
> (413) 737-0260; Fax: (413) 737-0121
> BBO# 331590

_____ certifies that copies of the foregoing document was served on Thomas P. Budnick, Hampden County Correctional Center, 627 Randall Road, Ludlow, MA 01056; Kevin C. Giordano, Esq., Keyes and Donnellan, P.C. 2934 Bridge Street, Springfield, MA and Daniel I. Smulow, Esq., Assistant Attorney general, Criminal Bureau, One Ashburton Place, Boston, MA 02108 by fax/mail on 8/19/2004

2866-040633\74348.wpd