UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30092-KPN

THOMAS P. BUDNICK
PLAINTIFF
V.
HAMPDEN COUNTY HOUSE OF CORRECTION,
SHERIFF MICHAEL J. ASHE, JR., INDIVIDUALLY AND
IN THE SCOPE OF HIS AUTHORITY,
JAMES L. GILL, VOCATIONAL MANAGER, INDIVIDUALL
AND IN THE SCOPE OF HIS AUTHORITY,
ASSISTANT SUPERINTENDENT WILLIAM TOLLER,
INDIVIDUALLY AND IN THE SCOPE OF HIS EMPLOYMENT,
MASSACHUSETTS PAROLE BOARD (MEMBERS UNKNOWN),
BAYSTATE MEDICAL CENTER, INC.,
DOCTOR KRISTIN STUEBER, INDIVIDUALLY AND IN THE SCOPE OF HER
EMPLOYMENT, DOCTOR RALPH JONES, INDIVIDUALLY AND
IN THE SCOPE OF HIS EMPLOYMENT AND DEPARTMENT OF CORRECTIONS
DEFENDANTS

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR
DEFENDANTS' PRODUCTION OF ANY AND ALL RECORDS THAT PERTAIN
TO THOMAS P. BUDNICK**

Now come the defendants, Hampden County House of Correction, Sheriff Michael J. Ashe, Jr., James L. Gill, William Toller, and Department of Corrections and oppose plaintiff's Motion for Defendants' Production of any and all Records that Pertain to Thomas P. Budnick on the grounds that there is a pending Motion to Dismiss the claim for failure to state a claim upon which relief can be granted.

The defendants also state that the motion is premature in that no Request for Production of Documents was made pursuant to Rule 34.

Wherefore, the defendants respectfully request that the Court deny plaintiff's

Motion for Defendants' Production of any and all Records that Pertain to Thomas P. Budnick.

The Defendants, Hampden County
House of Correction, Sheriff Michael
J. Ashe, Jr., William Toller, James L.
Gill and Department of Corrections
By Their Attorney

_____
Edward J. McDonough, Jr., Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 331590

_____ certifies that copies of the foregoing document was served on Thomas P. Budnick, Hampden County Correctional Center, 627 Randall Road, Ludlow, MA 01056; Kevin C. Giordano, Esq., Keyes and Donnellan, P.C. 2934 Bridge Street, Springfield, MA and Daniel I. Smulow, Esq., Assistant Attorney general, Criminal Bureau, One Ashburton Place, Boston, MA 02108 by fax/mail on 8/19/2004.

2866-040633\74343.wpd