UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ ) <br> **THOMAS P. BUDNICK** ) <br>       **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **HAMPDEN HOUSE OF CORRECTION** ) <br>       **et al.,** ) <br>       **Respondents.** ) <br> ) <br> _____ ) | Civil Action No. 04-30092-MAP |

### MASSACHUSETTS PAROLE BOARD'S OBJECTION TO DISCOVERY REQUEST OR, IN THE ALTERNATIVE, MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 34(b) of the Federal Rules of Civil Procedure and Local Rule 34.1(C) of this Court, the defendant, Massachusetts Parole Board ("Board") hereby objects to the defendant's August 8, 2004, motion for discovery. In his motion, the plaintiff seeks the entire universe of documents that pertain to him and that are in the Board's custody and control. The Board objects on the grounds that its motion to dismiss the lawsuit is presently pending before the Court. Allowance of the motion will eclipse any need for discovery.

In the event the Court denies the Board's motion, the Board respectfully requests that the Court enter a protective order to allow it forty-five days from the date of the denial to respond to the discovery request. *See* Fed. R. Civ. P. 26(c). This Court has great discretion with respect to requests for protective orders, and may be inventive in fashioning a protective order which best protects the competing interests of the parties. *See generally,* Wright, Miller, Marcus, *Federal Practice and Procedure, Vol. 8, § 2036 et seq.* Permitting the Board forty-five days will allow it sufficient time to raise any additional objections or to provide the requested documents.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL

        /s/ Daniel I. Smulow
        Daniel I. Smulow, BBO 641668
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts 02108
        (617) 727-2200, ext. 2949

Dated: August 20, 2004        ATTORNEYS FOR
        MASSACHUSETTS PAROLE BOARD

### Certificate of Compliance with Local Rule 7.1(A)(2)

I am unable to consult with the plaintiff because he is presently incarcerated; however, in light of the relief sought by this motion, it is my belief that he would not assent to it.

        /s/ Daniel I. Smulow

### Certificate of Service

I hereby certify that a true copy of the above document was served on the plaintiff :

Thomas P. Budnick, *pro se*
B-4 #34 12328
Hampden County House of Correction
629 Randall Road
Ludlow, MA 01056-1085;

        and on:

Kevin C. Giordano, Esq.
Keyes & Donnellan
293 Bridge Street, Suite 600
Springfield, MA 01103    ATTORNEY FOR:
        Kristin Stueber,

        and on:

General Counsel
Baystate Medical Center
759 Chestnut Street
Springfield, MA 01199           ATTORNEY FOR:
                                Baystate Medical Center,


on August 20, 2004.  I further certify that I was unable to serve a copy of this document on Dr. Ralph Jones because I am unable to determine whether he is represented or identify any address for him.

                                            /s/ Daniel I. Smulow