UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
  PLAINTIFF

VS.                                    CIVIL ACTION NO.
                                       04-30092-KPN
MASSACHUSETTS
PAROLE BOARD,
DEPARTMENT OF
CORRECTIONS,
ET ALS
       DEFENDANTS

## PLAINTIFF'S MOTION FOR SIGNIFICANT TIME DELAY TO ANSWER MA PAROLE BOARD AND DEPARTMENT OF CORRECTIONS MOTION TO DISMISS.

WHEN THE PRO-SE PLAINTIFF TRIED TO WRITE AN ANSWER TO THE MA PAROLE BOARD AND DEPARTMENT OF CORRECTIONS MOTION TO DISMISS, I BECAME DIZZY, INCOHERENT, NUMB, AND EVEN "THREW-UP" BLOOD. THIS WAS BECAUSE I EXPRESSED MY GREAT CONCERN ABOUT THE

FORTHCOMING EUROPEAN SPACE AGENCY "CASSINI" SPACECRAFT LANDING ON MY CLAIMS LOCATED ON SATURN MOON TITAN THIS DECEMBER.

MS. IVETTE RICHARDSON OF THE FORENSIC MENTAL HEALTH SERVICES AT THE HAMPDEN COUNTY CORRECTION CENTER ORDERED POWERFUL NEW NARCOTIC MIND CONTROL DRUGS. I ALSO EXPRESSED MY CONCERN OVER "THE LITTLE GREEN MEN" PROPOSED UNITED NATIONS TREATY — "DECLARATION OF ACTIVITIES FOLLOWING CONCRETE EXTRATERRESTAL INTELLIGENCE CONTACT". IT SHOULD BE NOTED, UNITED STATES SUPREME COURT JUDGE BREYER HAS SHOWN GREAT RESPECT AND DIGNITY FOR PLAINTIFF'S WORK!

I SHOULD BE OUT OF JAIL BY SEPTEMBER OR JUNE, DEPENDING ON HOW THE PAROLE BOARD ACTS, AND SHOULD BE IN MUCH BETTER "SHAPE" TO DEFEND AMERICA'S MANIFEST DESTINY. IT SHOULD BE

NOTED THE LAW LIBRARY IN JAIL IS HORRIBLE/ATROCIOUS WITH NO U.S. CODE AND EVEN LACKING RUDIMENTARY FACILITIES. I <u>CAN'T</u> EVEN MAKE REQUIRED PHOTO-COPIES.

IN CLOSING I FINALLY HAVE FOOL PROOF EVIDENCE OF THE VAST CONSPIRACY OF POWERFUL INTERESTS AGAINST MY EFFORTS TO ESTABLISH AMERICA MOON BASES. PLEASE EXAMINE ATTACHED EXHIBIT MARKED A. I GUESS ALL THAT IS IMPORTANT IS THE SECOND PARAGRAPH. NOT CONTENT TO HAVE A SINGLE PROSECUTOR HANDLE MY CRIMINAL APPEAL, THE COMMONWEALTH IS ASSIGNING AN ENTIRE LAW SCHOOL CLASS OF FIFTY (50) OR SO YOUNG ATTORNEYS TO TRY AND STOP MY WORK!!!!

IT SHOULD BE NOTED THE UNIVERSITY OF WISCONSIN SCHOOL OF NUCLEAR ENGINEERING ISSUED A DETAILED AND PRECISE REPORT ON THE FUSION POTEN

TIAL OF EARTH'S MOON. IT STATES THE FIRST NATION TO HARNESS THE MOON RESOURCES SHALL BE THE DOMINATE MILITARY, SOCIAL, AND ECONOMIC POWERHOUSE OF THE 21ST CENTURY. TEN (10) SHUTTLE FULL PAYLOADS OF ASTRO FUEL ON THE MOON IS WORTH MORE THAN ALL THE OIL IN THE PERSIAN GULF - PLUS THE LAST MOON TREADY REMAINS UN-RATIFIED BY THE UNITED STATES SENATE, PERTAINING TO INDIVIDUALS AND NOT NATIONS.

IT IS EXPECTED THIS GREAT AND HONORABLE COURT WILL COOPERATE IN MY EFFORTS TO CONTINUE AND EXPAND AMERICA'S BOUNDARIES AND NOT ORDER ME BACK TO SEVERAL MENTAL INSTITUTIONS!

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22ND DAY OF AUGUST, IN THE YEAR OF OUR LORD, 2004

DATED;
AUGUST 22, 2004

Thomas P. Budnick
THOMAS P BUDNICK
B-4 #34-123286
HAMPDEN COUNTY
HOUSE OF CORRECTION,
629 RANDAL ROAD
LUDLOW, MA
01056-1085

## CERTIFICATE OF SERVICE

I, TOM BUDNICK HEREBY STATE I MAILED THE FOREGOING PLEADING, VIA FIRST CLASS MAIL, TO; ATTORNEY DANIEL I. SMULOW CRIMINAL BUREAU, ASSISTANT ATTORNEY GENERAL, ONE ASHBURTON PLACE, BOSTON MA 02108, ATTORNEY EDWARD J McDONOUGH, C/O EGAN, FLANAGAN + COHEN P.C. 67 MARKET STREET P.O. BOX 9035, SPRINGFIELD, MA. 01102-9035, AND ATTORNEY KEVIN G GIORDANO, C/O KEYES + DONNELLAN, SUITE 600, 293 BRIDGE STREET, SPRINGFIELD, MA. 01103.

Tom Budnick

## AFFIDAVIT OF JANE DAVIDSON MONTORI

As grounds for its motion to extend time for filing brief, the Commonwealth states that:

1. I, Assistant District Attorney Jane Davidson Montori, am the Chief of the Appellate Division of the Hampden County District Attorney's Office.

2. The Appellate Advocacy Class at Western New England College School of Law will prepare the Commonwealth's brief in the matter of *Commonwealth v. Thomas Budnick*, A.C. No. 2004-P-0565, which is due on August 23, 2004. Judy Zeprun Kalman, Esq. teaches the class. The class is held during the Fall Semester and the class will spend the semester preparing the brief. This Assistant District Attorney is responsible for supervising the preparation of the brief.

3. This Assistant District Attorney is requesting that the due date for the filing of this brief be extended from August 23, 2004 to December 21, 2004. This request is made in good faith and is not to create unreasonable delay. This matter was docketed in the Appeals Court on April 20, 2004. The defendant's brief was received by this office on July 26, 2004. According to the defendant's brief, on December 4, 2002, Mr. Budnick was sentenced to two years on and after the sentence he was then serving at the Hampden County House of Correction. This is the Commonwealth's first request for an extension from this Court.

Signed under the pains and penalties of perjury.

Date: 8.10.04

By: _____
Jane Davidson Montori
Assistant District Attorney

extreq/o/5