UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30092-KPN

THOMAS P. BUDNICK
PLAINTIFF
V.
HAMPDEN COUNTY HOUSE OF CORRECTION, ET AL
DEFENDANTS

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SIGNIFICANT TIME DELAY TO ANSWER MASSACHUSETTS PAROLE BOARD AND DEPARTMENT OF CORRECTIONS MOTION TO DISMISS.**

Now come the defendants, Hampden County House of Correction, Sheriff Michael J. Ashe, Jr., James L. Gill, William Toller, and Department of Corrections and oppose plaintiff's Motion for Significant Time Delay to Answer Massachusetts Parole Board and Department of Corrections Motion To Dismiss on the grounds that the plaintiff has already been given sufficient time to prepare and respond to the Motion to Dismiss, in that the defendant was served on July 12, 2004 with the Motion to Dismiss filed by the defendants Michael J. Ashe, Jr., James L. Gill, Hampden County House of Correction and William Toller, and thereafter plaintiff was granted until August 9, 2004 to file his opposition to that motion pursuant to the allowance of his Motion for Extension of Time to Respond to Defendants' Motion to Dismiss. On August 12, 2004, the defendant Massachusetts Parole Board filed a Motion to Dismiss and on August 19, 2004, the defendant Department of Corrections filed a Motion to Dismiss and Join with the original motion to dismiss. Neither set forth any new arguments in their motions. Although the plaintiff was given until August 9,

2004 to file his opposition to the original motion to dismiss, no such opposition has been filed. The defendants also state that the plaintiff's instant motion fails to set forth the reasons as to why he needs additional time.

Wherefore, the defendants respectfully request that the Court deny plaintiff's Motion for Significant Time Delay to Answer Massachusetts Parole Board and Department of Corrections Motion To Dismiss.

The Defendants, Hampden County
House of Correction, Sheriff Michael
J. Ashe, Jr., William Toller, James L.
Gill and Department of Corrections
By Their Attorney

_____
Edward J. McDonough, Jr., Esq.
Egan, Flanagan and Cohen, P.C.
67 Market Street - Post Office Box 9035
Springfield, MA 01102
(413) 737-0260; Fax: (413) 737-0121
BBO# 331590

_____ certifies that copies of the foregoing document was served on Thomas P. Budnick, Hampden County Correctional Center, 627 Randall Road, Ludlow, MA 01056; Kevin C. Giordano, Esq., Keyes and Donnellan, P.C. 2934 Bridge Street, Springfield, MA and Daniel I. Smulow, Esq., Assistant Attorney general, Criminal Bureau, One Ashburton Place, Boston, MA 02108 by fax/mail on 9/9/2004.

2866-040633\75520.wpd