UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK,
        PLAINTIFF,

        VS.

HAMPDEN COUNTY
HOUSE OF CORRECTION,
SHERIFF MICHAEL J.
ASHE JR., JAMES L.
GILL, WILLIAM TOLLER,
        DEFENDANTS

C.A. No. 04-30092 KPN

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

1. THIS IS A DESPERATE, I DO MEAN DESPERATE, APPEAL TO YOUR AMERICAN PATRIOTISM.

2. THE UNIVERSITY OF WISCONSIN SCHOOL OF NUCLEAR ENGINEERING SUBMITTED A VERY DETAILED AND PERCISE REPORT ON THE FUSION POTENTIAL OF MARS AND EARTH'S MOON. THE FIRST NATION TO CONTROL MARS AND



MOON'S "ASTROL" FUEL <u>SHALL</u> BE THE DOMINATE MILITARY, SOCIAL ECONOMIC, AND POLITICAL POWERHOUSE OF THE NEXT CENTURY. I OWN 6.9 BILLION ACRES ON MARS AND THE MOON ALONE, WITH ½ RESERVED FOR THE GOOD OLD USA AND MY TEXAS HEROES. TEN (10) SHUTTLE FULL LOADS OF ASTRO FUEL IS WORTH MORE THAN ALL THE OIL IN <u>THE PERSIAN GULF.</u>

③ THIS <u>CERTAINLY</u> WILL NOT BE THE LAST TIME I AM IN FEDERAL COURT. I DON'T FEEL THAT WHILE I AM IN JAIL, I AM LEARNING PROPER REHABILITATION. FOR THE LAST THREE (3) YEARS I HAVE BEEN KEPT IN PRINTING DISHWASHING AND WELDING. I WANT TO GO TO COMPUTER'S (BUSINESS OCCUPATIONS) TO LEARN "WEST LAW", "NEXUS", "WINDOW 95" AND "WINDOWS 2000" TO CONTINUE AMERICA'S MANI-FEST DESTINY.

④ I CERTAINLY DON'T WANT



THE SAME THING TO HAPPEN
AS THE LAST TIME. THAT IS,
MY BRIEFS WERE LOADED WITH
MISSPELLINGS, BAD MARGINS, AND
SPACEING. THE COURT CLERK
DID NOT WANT TO ACCEPT
THEM UNTIL UNITED STATES
SUPREME COURT JUDGE BREYER
INTERVENED. JUDGE BREYER
ORDERED <u>MINE</u> TO BE ACCEPTED
WHILE THE "OTHER SIDE" HAD TO
HAVE A FINE PRINTER RESET
THEIR MARGINS.

(5) i ALSO DON'T FEEL IT
IS NOT A UNREASONABLE
REQUEST TO HAVE TWO (2)
CORRECTIONAL OFFICER'S GO
TO MY HOME, TWO MINUTES
AWAY, AND PICK-UP A SET
OF MOON/MARS MAPS, CHARTS,
GRAPHS, LOCATION PATTERNS,
ETC. ETC. ETC.,

(6) NO ANSWER TO DEFENDANTS
MOTION TO DISMISS WOULD BE
PROPER WITHOUT A EXPLANATION
OF THE WORD "BEYOND" IN THE
ORIGINAL NEWSPAPER ARTICLE.



THE UNITED NATIONS HAS PROPOSED A "DECLARATION OF ACTIVITIES CONCERNING CONCRETE EXTRA TERRESTIAL CONTACT" — IN OTHER WORDS "LITTLE GREEN MEN TREATY". THIS IS NOT PASSED BY THE UNITED NATIONS AND HOTLY DEBATED BY EVERY STATE DEPARTMENT FROM AMERICA TO ZIMBOWBEE, INCLUDING BRITAIN, GERMANY, FRANCE AND THE SOVIET FEDERATION. MY CLAIMS TO SPREAD AMERICAN SOCIAL/ ECONOMIC/JUSTICE VALUES ARE AGAINST THIS PROPOSED TREATY AND ARE FOR DISTANT GALAXIES BLACK HOLES, AND STAR CLUSTERS. IT SHOULD BE EMPHASIZED THIS TREATY IS NOT RATIFIED AS IS THE LATEST MOON TREATY WHICH SAYS NOTHING IN REGARD TO INDIVIDUAL PEOPLE CLAIMING OUTER SPACE. IT SHOULD BE NOTED THE BACK OF ALL MY CLAIMS ARE STAMPED LEGAL, AND I WAS PLEASANTLY



SURPRISED    TO    RECENTLY    LEARN
THIS    WAS    APPROVED    BY    THE
TEXAS    ATTORNEY    GENERAL'S.
OFFICE.    TEXAS    RESIDENCY
WAS    AWARDED    BUDNICK,
UNDER    THE    PRINCIPAL    OF
DIVERSITY, TWENTY-FIVE (25)
YEARS    AGO    BY    THE    TEXAS
SECRETARY    OF    STATE.
    WHEREFORE, DEFENDANT'S
MOTION    TO    DISMISS    SHOULD
BE    DENIED    AND    BUDNICK
SHOULD    BE    ALLOWED    TO
LEARN    COMPUTER'S    AND
CONTINUE    WITH    AMERICA'S
MANIFEST    DESTINY.

DATED:
SEPTEMBER    19, 2004
                BY    THE    PRO-SE
                PLAINTIFF,
                Thomas P. Budnick
                THOMAS P. BUDNICK
                HAMPDEN    COUNTY
                HOUSE    OF CORRECTION,
                629    RANDALL    ROAD
                LUDLOW,    M.A.



01056-2085

## CERTIFICATE OF SERVICE

I, TOM BUDNICK, HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED ON THE FOLLOWING DEFENDANTS;

EDWARD J. McDONOUGH, JR., ESQ.
EGAN, FLANAGAN + COHEN, P.C.
67 MARKET STREET,
P.O. BOX 9035
SPRINGFIELD, MA.
01102-9035

KEVIN C GIORDANO, ESQ.
KEYES + DONNELLAN,
293 BRIDGE STREET, SUITE 600
SPRINGFIELD, MA 01103

GENERAL COUNSEL
BAYSTATE MEDICAL CENTER,
759 CHESTNUT STREET,
SPRINGFIELD, MA. 01199

BY:
Thomas P. Budnick

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDINICK
PLAINTIFF

VS                    C.A. No. 04-30092KPN

MASSACHUSETTS PAROLE
BOARD,
DEFENDANTS

PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

① THE PRO-SE PLAINTIFF RE-
ALLEGES HIS ARGUMENTS STATED
IN HIS FIRST BRIEF AGAINST
THE HAMPDEN COUNTY HOUSE OF
CORRECTION.

② HE APOLOGIZES TO THIS
GREAT AND HONORABLE COURT IF
THEY SOUND INCOHERENT BUT
MS. IVETTE RICHARDSON OF
FORENSIC MENTAL HEALTH
SERVICES ORDERED MASSIVE
NARCOTIC DRUGS TO BE GIVEN
ME. THIS WAS WHEN i EXPRESSED



MY CONCERN OVER THE PROPOSED
"LITTLE GREEN MEN TREATY". THIS
PROPOSED UNITED NATION
TREATY—"DECLARATION OF ACTIVI-
TIES CONCERNING CONCRETE
EXTRATERRESTIAL INTELLIGENCE
CONTACT" IS "WINDING" ITSELF
THROUGH THE UNITED NATIONS
GENERAL ASSEMBLY. ONCE IT'S
PASSED CONTROLLING EXTRATERR-
ESTIAL TELEVISION, RADIO LIGHT
FLASHES, ETC., THEIR'S NOTHING
A PERSON CAN DO TO PREVENT
ITS ENACTMENT. IT SHOULD BE
NOTED, LIKEWISE THE LATEST
MOON TREATY REMAINS
UNRATIFIED AND UNITED STATES
SUPREME COURT JUDGE BREYER HAD
GREAT RESPECT FOR THE PLAIN--
TIFF'S WORK.

(3) COMING TO THE ACTUAL
CASE/ISSUE AT BAR, THIER IS
NO WAY I COULD SUE THE
PAROLE BOARD MEMBER WHO
DENIED MY PAROLE ON
SEPTEMBER 4, 2003. HE REFUSED
TO IDENTIFY HIMSELF, WAS



EXTREMELY RED NOSE/RED FACE AND ACTED DRUGGED OR DRUNK HE MUMBLED A FEW UNINTELL- IGENT WORDS AND JUST SAID "PAROLE DENIED".

(4) THE PLAINTIFF PROUD- LY POINTED TO HIS IMPECCABLE AND IMMACLUTATE RECORD OF NO FIGHTS, NO TICKETS, ATTENDS ALL TRAINING AND IS REWARD BY HAVING HIS OWN PRIVATE ROOM. THE REHABILITATION THE PLAINTIFF ATTENDS IS; 9/01 CRENTATION AND CORRECTIONAL CURRICLLUM, 6/02 GRAPHICS + MEDITATION, 07/02 GRAPHICS + CONFLICT RESOLUTION, 8/02 GRAPHICS + MEDITATION, 9/02 7 HABITS + MEDITATION, 10/02 GRAPHICS + 7 HABITS, 11/02 7 HABITS + MEDITATION, 12/02 7 HABITS AIDS MEDITATION, 1/03 7 HABITS MEDITATION, 2/03 7 HABITS-MEDITATION 3/03. 7 HABITS + MEDITATION 04/03 CULINARY + 7 HABITS 5/03 7 HABITS, 6/03 7 HABITS, 07/03 VIP, 08/03 7 HABITS, 9/03 7 HABITS + PETP 10/03 WELDING + 7 HABITS, 11/03 WELDING + 7 HABITS, 12/03 WELDING + 7 HABITS,

C1/04 WELDING + 7 HABITS, 2/04
WELDING + 7 HABITS, 03/04 WELDING
+ 7 HABITS, AND FINALLY 04/04
WELDING + 7 HABITS.

(5) WITH A RECORD LIKE THE
ABOVE, THE UNKNOWN PAROLE BOARD
MEMBER MUST HAVE TAKEN A
BRIBE ON SEPT 4.th 2003 TO
DENY BUDNICK'S PAROLE!

(6) THE LAW LIBRARY IN
THE HAMPDEN COUNTY HOUSE OF
CORRECTION IS APPALLING AND
THERE FORE PREVENTS THE
PLAINTIFF FROM DOING A
POINT BY POINT DENIAL OF
DEFENDANTS MOTION TO DISMISS
NO. U.S. CODE OR MASS LAWS
EXIST THERE!

(7) DEFENDANT MAKES LIGHT
OF THE FACT THAT I MUST BE
DEPRIVE OF CONSTITUTION RIGHTS
GUARANTEED BY THE STATE AND
FEDERAL CONSTITUTION. IT IS
WELL KNOWN TO SPRINGFIELD
FEDERAL DISTRICT COURT JUDGE
PONSOR THAT I HAVE 614
APPLICATIONS FOR SHOW CAUSE

PENDING IN THE PALMER TRIAL
COURT FOR THE LAST TWENTY
FOUR (24) YEARS. THIS IS IN
SPITE OF FORTY-FIVE (45)
JUDICIAL MISCONDUCT CHARGES
AGAINST 45 MASSACHUSETTS
JUDGES. SOME OF THESE APPLICA-
TIONS DEAL WITH MOON/
MARTIAN TRESPASS, OTHERS DEAL
WITH AUDIO/VIDEO TAPED ATTEM
PTS TO FIRE BOMB MY HOUSE.
AGAIN NO HEARING IN TWENTY-
FOUR (24) YEARS - A CLEAR
VIOLATION OF THE FOURTEENTH
AMENDMENT TO THE FEDERAL
CONSTITUTION - "NO STATE SHALL
DENY EQUAL ACKCESS TO THE
LAW" (PASSED IN 1862)! ALL I GOT
FROM PALMER MAGISTRATE E.
DONALD RIDDLE IS A SARCASTIC
SMILE SAYING "EVERYTHING IS IN
ORDER, WE WILL CALL ALL PARTIES
IN FOR A HEARING IN A FEW
WEEKS". A HEARING HASN'T
COME UP IN 24 YEARS. I
WAS REGULARLY SODMIZE IN MY
YOUTH, AND THE LUDLOW POLICE



DID NOTHING. TO "PROVE" MYSELF
I FILED MANIFEST DESTINY
CLAIMS ON MARS/THE MOON.
      (3) OF COURSE THIS HONORABLE
COURT HAS JURISDICTION OVER THIS
CASE BECAUSE OF "TREATIES OF THE
UNITED STATES". THE LATEST LUNAR
TREATY REMAINS UNRATIFIED, AS
IS THE PROPOSED UNITED NATIONS
"DECLARATION OF ACTIVITIES CONCERN-
ING CONCRETE EXTRATERRESTIAL
INTELLIGENCE CONTACT." AGAIN, BOTH
PROPOSED TREATIES SAY NOTHING
ABOUT INDIVIDUALS ONLY NATIONS
CLAIMING OUTER SPACE. I DON'T
FEEL THAT IT IS TOO REASONABLE
TO HAVE TWO (2) CORRECTIONAL
OFFICER'S GO TO MY HOME AND
PICK-UP THE "E.T." Charts, DIA-
GRAMS, LOCATION PATTERNS, ETC.,
ETC.,
      (4) OF COURSE THIS HONORABLE
COURT HAS DIVERSITY JURISDICTION
OVER THIS CASE BECAUSE AS
A "REWARD" THE TEXAS SECRETARY
OF STATE IN AUSTIN AWARD
BUD NICK TEXAS RESIDENCY OVER



TWENTY-FIVE (25) YEARS AGO. THIS
STILL REMAINS IN PLACE TODAY.
(10) IN ANY EVENT, THE COURT
CANNOT DISMISS THIS CLAIM
BECAUSE IT IS COGNIZABLE. TO
PROVE MY POINT, LET'S LOOK AT
AMERICAN HISTORY — ALL LAND
ACQUISITIONS BY THE UNITED
STATES HAVE MEET WITH SCORN
AND RIDICULE IN THEIR TIME. OUR
THIRD PRESIDENT THOMAS JEFFERSON
SEVERE BROKE THE AMERICAN
CONSTITUTION WHEN HE INSTIGA
TED THE "LOUISIANA PURCHASE"
IN 1804, KNOWN AS WORTHLESS
WILDERNESS. ALASKA WAS
KNOWN AS SEWARD'S FOLLY, AND
THE HAWAIAN OVERTHROW OF
QUEEN LILIUORALANI WAS
TERMED HIGHLY IMPERIALISTIC.
EVEN THE PILGRIMS LANDING
AT PLYMOUTH ROCK WAS CONSIDER-
ED LUNATICAL.
(11) IN REGARD TO RATIFICATION
THE CODE OF JUSTINEL, MAGNA
CARTA AND EVEN THE MAYFLOWER
COMPACT STATE YOU HAVE TO

BE RATIFIED TO BE ENFORCEABLE.
THIS IS NOT THE CASE FOR THE
LATEST MOON TREATY AND THE
UNITED NATIONS PROPOSED
"DECLARATION OF ACTIVITIES
CONCERNING CONCRETE EXTRATERRES-
TIAL INTELLIGENCE CONTACT".

(12) IN REGARD TO A
COGNIZABLE CLAIM UNDER U.S.C. §516
I PUT UP 3 BY 5 BOX CARDS IN THE
FAULTY LOUNGES AT HAVARD LAW
SCHOOL, YALE LAW SCHOOL, VERMONT
SCHOOL OF LAW, AND CORNELL ASKING
FOR **HELP**! NOBODY BUT NOBODY,
WOULD HELP ME OUT!

(13) PRESIDENT BUSH HAS
LAUNCHED A NEW SPACE INITIA-
TIVE AND IS HIGHLY IN FAVOR
OF PLAINTIFF'S IDEAS AND
BELIEVES.

(14) VAST CIVIL/CRIMINAL
CONSPIRACIES EXIST AND ARE TRYING
TO PREVENT BUDNICK FROM DOING
HIS MOON/MARS CLAIMING. THIS CAN
BE PROVEN BE THE PREVIOUS
SUBMITTED EXHIBIT. THE COMMON-
WEALTH HAS ASSIGNED FIFTY



(50) ATTORNEYS AT WESTERN NEW ENGLAND LAW SCHOOL TO PROCEUTE BUDNICK.

(15) THIS CONSPIRACY INCLUDES ASSISTANT ATTORNEY GENERAL. DANIEL I. SMULOW! IF YOU DOUBT MY WORD WHY NOT ASK HIM WHY HE IS SO INTENT ON HAVING MY MOON/ MARTIAN CLAIMS DECLARED NULL AND VOID. MY CLAIMS BASED ON THE GENERAL MINING LAWS OF 1872, ARE VALID AGAINST THE WORLD. IT SHOULD BE NOTED FOR THE TWENTY-FIVE (25) YEARS ALL FILING FEES HAVE COME OUT OF MY OWN "POCKET". THIS IS JUST THE OPPOSITE OF MR. DENNIS HOPE OF NEVADA, WHO IS MAKING MILLIONS + MILLIONS+ MILLONS+MILLIONS OF DOLLARS, SELLING WORTHLESS PAPER TO INNOCENT VICTIMS. WHY DOESN'T SMULOW GO AFTER HIM? WHY IS SMULOW SO INTENT IN KEEPING ME FROM LEARNING "WEST LAW" "NEXUS" "WINDOWS 95," "WINDOW 2000", IN THE COMPUTER ROOM!



A VAST CONSPIRACY EXISTS TO KEEP ME STUCK IN WELDING/ DISHWASHING/PRINTING.

(16) I DON'T WANT TO SOUND THAT PESSIMISTIC, BECAUSE UNITED STATES SUPREME COURT JUDGE BREYER HAS GREAT RESPECT FOR MY WORK! BREYER ORDERED MY BRIEFS TO BE ACCEPTED WHILE THEY WERE LOADED WITH MIS-SPELLINGS, BAD MARGINS, WRONG SPACING, ETC., . BREYER REALIZES THE FIRST NATION TO CONTROL THE MOON/MARS SHALL BE THE DOMINATE MILITARY, SOCIAL, ECONOMIC, AND POLITICAL POWERHOUSE OF THE NEXT CENTURY.

(17) MA. PAROLE BOARD MEMBERS ARE 'PERSONS' UNDER 1983, AND THEREFORE THIS COURT HAS JURISDIC-TION. ON SEPTEMBER 4TH 2003 THE UNKNOWN PAROLE BOARD MEMBER WAS DRUNK AND TOOK A BRIBE TO DENY MY PAROLE. THEREFORE HE DOES NOT QUALIFY FOR ABSOLUTE IMMUNI-TY. AS PREVIOUSLY STATED THE LAW



LIBRARY AT THE "JAIL" IS HORRIBLE/ ATROCIOUS. I AM SURE THEIR ARE CASES STATING THE OTHERWISE IN THE LIBRARY. IT SHOULD BE NOTED THEIR IS A TWO (2) HOUR TIME LIMIT, ONCE A WEEK, IF THE REQUEST SLIP IS ALLOWED!

(18) THIS CASE IS ACTIONABLE UNDER 42 U.S.C 1983 BECAUSE I AM DEPRIVED OF RIGHTS SECURED BY THE US CONSTITUTION. THE RIGHT OF REHABILITATION. SMULOW IS TRYING TO "PULL THE WOOL" OVER THIS HONORABLE COURT EYES. JAMES GILL AND THE PAROLE BOARD HAVE ORDERS THAT ALL INMATES ARE TO ROTATE THEIR TRAINING EVERY FOUR WEEKS. BECAUSE i INADVERTENTLY TOOK THREE (3) PIECES OF SCOTCH TAPE, I AM BEING PENALIZED BY NOT BEING ALLOWED TO GO INTO THE NORMAL JOB TRAINING ROTATION.

(19) THE MA. PAROLE BOARD ACTED IMPROPERLY UNDER 28 U.S.C. 1331. I AM A LEGAL RESIDENT OF THE STATE OF TEXAS SINCE I HAVE



BEEN FILING MINING CLAIMS IN SABINE COUNTY COURTHOUSE (TEXAS) FOR THE LAST TWENTY-FIVE (25) YEARS.

(20) THE LAST AND FINAL COUNT AGAINST THE PAROLE BOARD SHOULD BE ALLOWED. PLAIN AND SIMPLE MY 2ND FORE FINGER, RIGHT HAND WAS AMPUTATED BECAUSE OF ACID BURNS CAUSED BY CLEANING A MARTIAN METEORITE. THE PAROLE BOARD WAS NEGLIGENT IN DIAGNOSING AND TREATING MY SEVERE BURNS. I WAS IN AGONY FOR FOUR (4) MONTHS, AND MY FINGER COULD HAVE BEEN SAVED HAD PROPER MEDICAL/SURGICAL TECHNIQUES BEEN USED/APPLYED. IT SHOULD BE NOT, I SUED THE DEPARTMENT OF CORRECTIONS OVER THESE ALLEGATIONS TOO. PLEASE ALLOW ME TO USE THE STANDARD PRE-TRIAL DISCOVERY PROCEDURE TO PROVE MEDICAL MALPRAC- TICE. THE MA. PAROLE BOARD IS PART OF THIS COGNIZABLE CLAIM!



WHEREFORE, ASSISTANT ATTORNEY
GENERAL'S SMULOW MOTION TO
DISMISS SHOULD BE DENIED!

DATED,
SEPTEMBER 22, 2004

BY THE PRO-SE
PLAINTIFF,
I THOMAS P BUDNICK
Thomas P. Budnick
B-4 #34 - 123286,
HAMPDEN COUNTY,
HOUSE OF CORRECTION
629 RANDAL ROAD,
LUDLOW, MA.
01056 - 1085

CERTIFICATE OF SERVICE
I TOM BUDNICK, HEREBY STATE
I MAILED ABOVE ENTITLED
PLEADINGS, VIA FIRST CLASS MAIL,
TO; DANIEL I SMULOW
ASSISTANT ATTORNEY
GENERAL - CRIMINAL BUREAU
ONE ASHBURTON PLACE,
BOSTON, MA.
02108

EDWARD J. MCDONOUGH JR.
EGAN FLANAGAN + COHEN, P.C.,
67 MARKET STREET
P.O. BOX 9035
SPRINGFIELD, MA.
01102-9035

KEVIN C. GIORDANO, ESQ.
KEYES + DONNELLAN
293 BRIDGE STREET, SUITE 600
SPRINGFIELD, MA
01103

GENERAL COUNSEL
BAYSTATE MEDICAL CENTER,
759 CHESTNUT STREET,
SPRINGFIELD, MA
01199

Tom Budnick

A·1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK }
       PLAINTIFF }
                     }
                     }
                     }
    VS               }   C.A. NO 04-30092KPN
                     }
                     }
BAYSTATE MEDICAL }
CENTER,           }
       DEFENDANTS }

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

(1) THE PRO-SE PLAINTIFF RE-ALLEGES (IBID) HIS ARGUMENTS STATED IN HIS FIRST TWO BRIEFS AGAINST HAMPDEN COUNTY HOUSE OF CORRECTION AND MA. PAROLE BOARD.

(2) PLAIN AND SIMPLE MY 2nd FORE FINGER, RIGHT HAND, WAS AMPUTATED BECAUSE OF ACID BURNS CAUSED BY CUTTING A MARTIAN METEORITE. BAYSTATE MEDICAL CENTER, DOCTOR KRISTIII STUEBER, WAS NEGLIGENT IN DIAGNOSING AND TREATING

13-1

MY SEVERE BURNS, I WAS IN
AGONY FOR FOUR (4) MONTHS AND
MY FINGER COULD HAVE BEEN
SAVED HAD PROPER MEDICAL /
SURGICAL TECHNIQUES BEEN
USED / APPLIED. NO PAIN KILLERS
OR OTHER MEDICATION WAS
ORDERED / GIVEN.

(3) PLEASE ALLOW ME TO
USE THE STANDARD PRE-TRIAL
DISCOVERY TO PROVE INFERIOR
TREATMENT BECAUSE I WAS A
JAIL HOUSE MEMBER.

(4) IT SHOULD ALSO BE NOTED
DOCTOR STUEBER AND THE STAFF
AT BAYSTATE MEDICAL CENTER ALSO
HIGHLY RIDICULED MY CLAIMS
FOR SATURN'S MOON TITAN. THIS
DECEMBER THE EUROPEAN SPACE
CRAFT "CASSINI" SHALL LAND THERE.
I AM DESPERATELY TRYING TO
CONTINUE AND EXPAND AMERICA'S
MANIFEST DESTINY!

(5) ALSO, MY BIG TOE WAS SORELY
INFECTED FOR THREE (3) YEARS AND ALL
THAT WAS PRESCRIBED WAS HOT WATER
SOAKING 4 TIMES A DAY.

<u>WHEREFORE</u>, DEFENDANT'S
MOTION TO DISMISS MUST BE
DENIED

DATED:
SEPTEMBER 22, 2004

                    BY THE PRO-SE
                    <u>PLAINTIFF,</u>
                    *Thomas P. Budnick*
                    THOMAS P BUDNICK
                    B-4 #34-123286
                    HAMPDEN COUNTY
                    HOUSE OF CORRECTION
                    629 RANDAL ROAD
                    LUDLOW, MA.
                    01056-1085

        <u>CERTIFICATE OF SERVICE</u>

    I, TOM BUDNICK PRO-SE HEREBY
STATE I MAILED ABOVE ENTITLED
PLEADINGS, VIA FIRST CLASS MAIL
TO THE FOLLOWING PEOPLE;

        DANIEL I SMULOW
        ASSISTANT ATTORNEY
        GENERAL — CRIMINAL BUREAU

D-1

ONE ASHBURTON PLACE,
BOSTON, MA.
02108

EDWARD J. McDONOUGH, JR.
EGAN, FLANAGAN + COHEN, P.C.
67 MARKET STREET
P.O. BOX 9035
SPRINGFIELD, MA
01102-9035

KEVIN C. GIORDANO, ESQ.,
KEYES + DONNELL AIX,
293 BRIDGE STREET, SUITE 600
SPRINGFIELD, MA.
01103

GENERAL COUNSEL
BAYSTATE MEDICAL CENTER,
759 CHESTNUT STREET,
SPRINGFIELD, MA.
01109

Tom Budnick