SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30092-KPN

THOMAS P. BUDNICK
PLAINTIFF
V.
HAMPDEN COUNTY HOUSE OF CORRECTION, ET AL
DEFENDANTS

DOCKETED

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S OBJECTIONS TO US MAGISTRATE JUDGE NEIMAN'S REPORT AND RECOMMENDATION TO DISMISS.

Now come the defendants, Hampden County House of Correction, Sheriff Michael J. Ashe, Jr., James L. Gill, William Toller, and Department of Corrections and oppose plaintiff's Objections to US Magistrate Judge Neiman's Report and Recommendation to Dismiss on the grounds that the plaintiff's objections, like the allegations set forth in his complaint, are wholly insubstantial and frivolous. Upon reviewing the defendants' Motions to Dismiss, Magistrate Judge Neiman recommended that the plaintiff's claims of "Damage to America's manifest destiny," a civil rights violation, and bribery (Counts I through III) be dismissed for failure to state claims upon which relief may be granted and their self-evident frivolity, and that the Court decline to exercise jurisdiction over the plaintiff's claim of "medical negligence" (Count IV).

The gravamen of the plaintiff's objections appears to be his belief that Judge Michael A. Ponsor has "F.B.I./Psychological Reports/Evaluations" concerning the plaintiff that "*shall prove* beyond a reasonable doubt the vendeata [sic] the Spring-

field Federal District Court has against [him]!" Plaintiff's Objections, p. F. He also claims that Magistrate Judge Neiman "completely ignored my claims for distant galaxies against the five (5) language proposed United Nations 'Declaration of Activities Concerning Concrete Extraterrestial [sic] Intelligence Contact' - the 'Little Green Men' Proposed Treaty!" Plaintiff's Objections, p. H. Clearly, the plaintiff's objections to the Report and Recommendation have no merit in law and are factually baseless.

Accordingly, the defendants urge the Court to adopt Magistrate Judge Neiman's Report and Recommendation and to allow their Motion to Dismiss.

> The Defendants, Hampden County
> House of Correction, Sheriff Michael
> J. Ashe, Jr., William Toller, James L.
> Gill and Department of Corrections
> By Their Attorney
>
> _____
> Edward J. McDonough, Jr., Esq., BBO# 331590
> Katherine A. Day, Esq., BBO# 657765
> Egan, Flanagan and Cohen, P.C.
> 67 Market Street - Post Office Box 9035
> Springfield, MA 01102
> (413) 737-0260; Fax: (413) 737-0121

_____ certifies that copies of the foregoing document was served on Thomas P. Budnick, Hampden County Correctional Center, 627 Randall Road, Ludlow, MA 01056; Kevin C. Giordano, Esq., Keyes and Donnellan, P.C. 2934 Bridge Street, Springfield, MA and Daniel I. Smulow, Esq., Assistant Attorney general, Criminal Bureau, One Ashburton Place, Boston, MA 02108 by fax/mail on 10/19/2004.

2866-040633\78210.wpd