UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30092-KPN

THOMAS P. BUDNICK
PLAINTIFF
V.
HAMPDEN COUNTY HOUSE OF CORRECTION, ET AL
DEFENDANTS

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO CHANGE VENUE.**

Now come the defendants, Hampden County House of Correction, Sheriff Michael J. Ashe, Jr., James L. Gill, William Toller, and Department of Corrections, and oppose plaintiff's Motion to Change Venue on the grounds that the plaintiff has failed to set forth any legitimate reason why this action should be transferred to a district court in Texas. Indeed, the basis of plaintiff's request for a change of venue, *i.e.*, "heavy F.B.I. survillence [sic] for the last seventeen (17) years" ordered by Judge Michael A. Ponser "has prevented [plaintiff] from getting a 'fair shake' in the Springfield Federal District Court," is wholly insubstantial and frivolous.

The district court has broad discretion in determining whether a transfer of venue is warranted. *See* 28 U.S.C. § 1404. In considering a motion to transfer, the Court must take into account interests in conserving judicial resources, convenience of the parties and witnesses, access to sources of proof, and practical considerations in facilitating final resolution of litigation in an expeditious and inexpensive manner. *See Air Line Pilots Ass'n v. Eastern Air Lines*, 672 F. Supp. 525 (D. D.C. 1987). As the plaintiff fails to set forth any legitimate reason for a change of venue and there

is no indication that a district court in Texas would have personal jurisdiction over the defendants, all of whom reside in Massachusetts, a transfer of venue is clearly inappropriate. *See Albion v. YMCA Camp Letts*, 171 F.3d 1, 2 (1st Cir. 1999).

Wherefore, the defendants respectfully request that the Court deny plaintiff's Motion to Change Venue.

>  The Defendants, Hampden County
>  House of Correction, Sheriff Michael
>  J. Ashe, Jr., William Toller, James L.
>  Gill and Department of Corrections
>  By Their Attorney
>
>  _____
>  Edward J. McDonough, Jr., Esq., BBO# 331590
>  Katherine A. Day, Esq., BBO# 657765
>  Egan, Flanagan and Cohen, P.C.
>  67 Market Street - Post Office Box 9035
>  Springfield, MA 01102
>  (413) 737-0260; Fax: (413) 737-0121

_____ certifies that copies of the foregoing document was served on Thomas P. Budnick, Hampden County Correctional Center, 627 Randall Road, Ludlow, MA 01056; Kevin C. Giordano, Esq., Keyes and Donnellan, P.C. 2934 Bridge Street, Springfield, MA and Daniel I. Smulow, Esq., Assistant Attorney general, Criminal Bureau, One Ashburton Place, Boston, MA 02108 by fax/mail on 10/19/2004.

2866-040633\78187.wpd

2