UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
PLAINTIFF

VS.                    CIVIL ACTION
                       NO-04-30092KN

HAMPDEN COUNTY
HOUSE OF CORRECTION
ET ALS
          DEFENDANT

## FRIENDSHIP MOTION

① NEXT MONTH, THE "CASSINI" SPACE CRAFT SHALL LAND ON SATURN'S MOON TITAN, WHERE THE PLAINTIFF HAS HAD VALID MINING CLAIMS FOR ABOUT TEN (10) YEARS.

② WHEN THE PLAINTIFF EXPRESED HIS GREAT CONCERN AND IS NOW TRYING TO PREVENT THIS, HE WAS THREATENED WITH RETURN TO BRIDGEWATER MENTAL HOSPITAL!

③ THEIR HE WILL BE STRIPPED OF ALL HIS CLOTHING, TRIED DOWN BY ALL FOUR'S, AND INJECTED WITH MASSIVE NARCOTICS.

④ TO PREVENT THIS, HE RESPECTFULLY REQUESTS THIS GREAT AND HONORABLE COURT ORDER SOMEBODY'S LEGAL SECRETARY TO SPEND TWO (2) MINUTES AND CALL THE REGISTRY OF DEEDS, SABINE COUNTY COURTHOUSE, HEMP HILL, TEXAS AND GET COPIES OF MY TITAN'S CLAIMS. I AM WILLING TO PAY THE FRIVOLOUS PHOTO COPY FEES WHEN I GET OUT!

⑤ IN THE ALTERNATIVE, HAVE MS FRENCH OR MISS FINN OF THE SPRINGFIELD FEDERAL DISTRICT COURT DO THIS.

⑥ THIS IS A DESPERATE APPEAL TO YOUR AMERICAN PATRIOTISM.

<u>WHEREFORE</u>, HE RESPECT- FULLY REQUESTS THIS BE

ORDERED.

DATED:
OCTOBER 24, 2004

        BY THE PRO-SE
        PLAINTIFF:
        THOMAS P. BUDNICK
        B-4 #34  123286
        d of b 02-16-47
        HAMPDEN COUNTY
        HOUSE OF CORRECTION,
        629 RANDAL ROAD
        LUDLOW, MA.
        01056-1085

CERTIFICATE OF SERVICE

I, TOM BUDNICK, HEREBY STATE I MAILED ABOVE ENTITLED PLEADING TO THE FOLLOWING PARTIES:

    KEVIN C. GIORDANO, ESQUIRE
    KEYES AND DONNELLAN, P.C.
    293 BRIDGE ST., SUITE 600
    SPRINGFIELD, MA.
    01103

EDWARD J. MCDONOUGH, ESQ.
EGAN, FLANAGAN + COHEN, P.C.
67 MARKET STREET,
P.O. BOX 9035
SPRINGFIELD, MA
01102-9035

ATTORNEY DANIEL I SMULOW,
ASSISTANT ATTORNEY GEN.
CRIMINAL BUREAU,
ONE ASHBURTON PLACE,
BOSTON, MA.
02108-1598

*Tom Budnick*