UNITED STATES DISTRICT COUR[T]
DISTRICT OF MASSACHUSETT[S]

THOMAS P. BUDNICK
PLAINTIFF

VS.     CIVIL ACTIO[N] NO.

HAMPDEN COUNTY   04-30092-
HOUSE OF CORRECTION   M.A.P.
ET ALS

DEFENDANTS

## OBJECTIONS TO US MAGISTRATE JUDGE NEIMAN'S REPORT AND RECOMMENDATION TO DISMISS

(1) THIS IS A CLASSIC EXAMPLE OF THE SPRINGFIELD FEDERAL DISTRICT COURT EMPHASIZEING MY NEGATIVE POINTS, WHILE "BRUSHING" OFF MY STRONG POINTS (DISMISSING).

(2) BY MY STRONG POINTS I MEAN I WAS REGULARLY

(B)

SODOMIZED IN MY YOUTH. THE
LUDLOW POLICE DID NOTHING.
THEN IN 1980 THEY TOLD ME TO
GO TO THE PALMER TRIAL
COURT TO FILL OUT A SHOW
CAUSE APPLICATION. TO MAKE
A LONG STORY SHORT i HAVE SIX
HUNDRED AND FOURTEEN (614)
SHOW CAUSE APPLICATIONS PEND-
ING IN THE PALMER TRIAL
COURT WITH NO ACTION. A
FEW DEAL WITH MARTIAN MOON
TRESPASS.

(3) THEN "THEY" STATED FOR
EVERYBODY'S PROTECTION, i SHOULD
SETUP A HIGHLY SOPHISTICATED
WIDE-ANGLE NIGHT VISION
CAMCORDER WITH AUDIO. SURE
ENOUGH, EVERYTHING i STATED
WAS THE GOSPEL TRUTH. i GOT
THE "BILLY" CORBETT MOTORCYC-
LE GANG FILLING UP BEER
BOTTLES WITH GASOLINE AND
SAYING THEY ARE GOING TO
FIREBOMB MY HOUSE (19
HARDING AVENUE) "RAPE MY
MOTHER", "KILL ME") ALL VIDEO

AUDIO TAPED, AGAIN NO
ACTION BY THE PALMER TRIAL
DEPARTMENT OR THE LUDLO
POLICE DEPARTMENT. DON'T
THINK I HAVEN'T REPORTED
THESE CONDITIONS TO ANYBOD
+ EVERYBODY I COULD THIN
OF. IN FACT, I FILED FORTY-
FIVE (45) JUDICIAL MISCON
DUCT CHARGES AGAINST
FORTY-FIVE (45) MA. JUDGES
RUTH ABRIMS, EDITH FINE,
BERTHA JOSEPHSON, JUDGE
PEROTTA, ETC., FOR EXAMPLE
I MAILED THREE ($3.00) DOLLAR
TO THE JUDICIAL MISCONDUC
PEOPLE SAYING THIS IS THE
MONEY APPEALS COURT JUDGE
EDITH FINE DROPPED IN
ORDER TO PREVENT ME FROM
HAVING A PALMER TRIAL
COURT HEARING — IN SHORT N
HEARINGS IN TWENTY-FOUR (24
YEARS.
    (4) PERHAPS, THE BEST
EXAMPLE OF THE VENDEAD¢
THE SPRINGFIELD FEDERAL



DISTRICT COURT HAS AGAINST
ME OCCURRED IN THE
SPRING OF 88. (THIS IS WHY
I ATTEMPTED TO HAVE EVERY-
THING TRANSFERED TO THE
DALLAS/HOUSTON FEDERAL
DISTRICT COURT). JUST AS
I WAS PREPARING TO GO TO
LAW SCHOOL UNITED STATES
SECRET SERVICE AGENT TOM
GALVIN KICKED IN THE DOOR.
OF COURSE, HE WAS ACCOMPANI-
ED BY THE BOSTON POLICE
AND HAD LOCAL-YOKA "BACK-
UP." ALL THREE (3) ACCUSED
ME OF BEING PART OF A
BROCKTON FASCIST HATE
GROUP, BASED AT 22 CRAY
STREET, BROCKTON, AND SENDING
DEATH THREATS TO THE
REVEREND JESSE JACKSON.
NO CHARGES, EITHER CRIMINAL
OR CIVIL, WERE EVER FILED!
THEN THEY "LEANED" ON MY
LAW SCHOOL PROFESSOR'S TO
"FLUNK" ME OUT! THIS IS WHY
I WANT TO LEARN THE LAW! So

I CAN PROTECT MYSELF, AND
CONTINUE TO EXPAND AMERICA
MANIFEST DESTINY.

SPRINGFIELD FEDERAL
DISTRICT COURT JUDGE
MICHAEL POSNER HAS THEY
F.B.I. REPORTS. SHORT AND
SWEET, I WILL HOLD ~~DROP~~ THIS
LAWSUIT IF JUDGE POSNER
AGREES TO RELEASE THES
REPORTS. THEY <u>SHALL PROVE</u>
BEYOND A REASONABLE DOUB.
THE VENDEATA THE
SPRINGFIELD FEDERAL
DISTRICT COURT HAS
AGAINST ME!

<u>WHEREFORE</u>, I REQUEST A
COURT ORDER TO RELEASE THE
POSNER F.B.I. REPORTS ON ME
TO PROVE THE VENDEADA THE
SPRINGFIELD FEDERAD DISTR.
COURT HAS <u>AGAINST ME</u>.

<u>THEREFORE</u> THIS ACTION
SHOULD BE PUT ON HOLD
UNTIL THE APPEALS COURT
RECEIVES MY F.B.I / PSYCHOL-
OGICAL REPORTS / EVALUATIONS.



DATED;
OCTOBER   10, 2004
                    CPLANET EARTH,

        RESPECTFULLY SUBMITTE
        ~~Thomas P. Budnick~~
        THOMAS P. BUDNICK
        B-4 #34-123286
        HAMPDEN   COUNTY
        HOUSE  OF CORRECTION,
        629 RANDAL ROAD,
        LUDLOW, MA.
        01056-1085

        CERTIFICATE OF SERVICE
        I, TOM, BUDNICK, HEREBY
STATE I MAILED ABOVE
ENTITLED PLEADINGS TO
THE FOLLOWING, VIA FIRST
CLASS MAIL,;

        KEVIN C. GIORDANO ESQ.
        KEYES + DONNELLAN,
        293 BRIDGE ST SUITE 600
        SPRINGFIELD, MA.
        01103



EDWARD J. McDONOUGH, JR. ESQ
EGAN, FLANAGAN + COHEN
67 MARKET STREET,
P.O. BOX 9035
SPRINGFIELD, MA
01102

+

DANIEL I. SMULOW ESQ.
ASSISTANT ATTORNEY
GENERAL - CRIMINAL BUREAU
1 ASHBURTON PLACE,
BOSTON, MA.
02108

Tom Budnick

P.S. - JUDGE NEIMAN ALSO
COMPLETELY IGNORED MY
CLAIMS FOR DISTANT GALAXIES
AGAINST THE FIVE (5) LANGUAGE
PROPOSED UNITED NATIONS
"DECLARATION OF
ACTIVITIES CONCERNING
CONCRETE EXTRA TERRESTIAL
INTELLIGENCE CONTACT"
THE "LITTLE GREEN MEN"
PROPOSED TREATY!

i ALSO OWN 6.9 BILLION
ACRES ON THE MOON, WITH
1/2 RESERVED FOR MY
TEXAS HEORES.
THE UNIVERSITY OF
WISCONSIN SCHOOL OF
NUCLEAR ENGINEERING
STATES THE FIRST NATIO
TO CONTROL THE MOON
SHALL BE THE DOMINATe
SOCIAL, POLITICAL,
ECONOMIC, AND MILITAR,
POWER HOUSE OF THE
NEXT CENTURY. TEN (10)
SHUTTLE FULLS OF
THE MOON'S "ASTROL"
FUEL IS WORTH MORE
THAN ALL THE OIL IN
THE PERSIAN GULF.
THIS IS A DESPER
ATE, I DO MEAN,
DESPERATE, APPEAL
TO YOUR AMERICAN
PATRIOTISM.
THE LAW LIBRARY IN
THIS JAIL IS HORRIBLE,
ATROCIOUS, NON-EXISTANT.
- Tom Budnick



THE PLAINTIFF ALSO TAKES ISSUE WITH PAGE 4 LINES 7-8-9. THE 5 (FIVE) LANGUAGE PROPOSED UNITEL NATIONS "DECLARATION OF ACTIVITIES CONCERNING CONCRETE EXTRA TERRESTIAL INTELLIGENCE CONTACT" IS HOTLY DEBATED IN GOVERNMENTS FROM AMERICA TO ZAIRE. THIS INCLUDES BRITAIN, FRANCE, GERMANY AND THE SOVIET FEDERATION. BUDNICK'S CLAIMS FOR DISTANT GALAXIES OPPOSES THIS LITTLE GREEN MEN TREATY.

ALSO ON PAGE 4, LINES 14, 15, 16, + 17, DEFENDANTS ASHE, TOLLER, AND ESPECIALLY GILL STRONGLY ENCOURAGE ALL JAIL INMATES TO FREELY CHOOSE INBETWEEN; MACHINE SHOP, CARPENTRY, GRAPHIC ARTS, CULINARY (DISHWASHING), WELDING AND PRISON INDUSTRIES. (I DESPERATELY WANT TO LEARN "NEXUS", "WEST LAW, "WINDOWS 95," "WINDOWS 2000 - SO I CAN CONTINUE AND EXPAND AMERICA'S MANIFEST DESTINY)

SIMILARLY, ON PAGE 5
LINES 5 TO 15, "THE PLAINTIFF
HAS HAD AN EXCELLENT, I DO
MEAN EXCELLENT RECORD,
AT THE HAMPDEN COUNTY HOUSE
OF CORRECTION — NO FIGHTS,
"TICKETS" OR OTHER MAJOR
INFRACTIONS. HE PROUDLY
PRESENTED THIS AT HIS
PAROLE BOARD HEARING. THE
JUDGE REFUSED TO IDENTIF.
HIMSELF ACTED DRUGGED OR
DRUNK, AND JUST SAID
PAROLE DENIED (AFTER TWO
MINUTES) BECAUSE HE WAS BRIBE
    IN REGARD TO "MEDICAL
NEGLIGENCE" PAGE 6 LIN 6,
PLEASE LET ME USE THE
STANDARD PRE-TRIAL DISCOVER,
PROCEDURE TO PROVE DR.
STUEBER AMPUTATED MY 2ND
FINGER PREMATURELY! (THIS IS
WHY I CAN'T WRITE NOW). AFTER
ALL, MY FINGER WAS BURNT
CLEANING/CUTTING A
MARTIAN METEORITE!

                    Tom Budnick