UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK

vs                                      CIVIL ACTION
                                        NO.
HAMPDEN COUNTY                          04-30092-
HOUSE OF CORRECTION                     K.P.N.
ET ALS

## MOTION TO CHANGE VENUE

SPRINGFIELD FEDERAL DISTRICT COURT JUDGE MICHAEL A. POSNER HAS HAD ME UNDER HEAVY F.B.I. SURVILLENCE FOR THE LAST SEVENTEEN (17) YEAR THIS SURVILLENCE INCLUDE MY TEACHER'S, MY EMPLOYER MY FRIEND'S, AND MY FAMILY.

POSNER STRONGLY OPPOSE MY AMERICAN SPACE EFFORTS.

THIS SURVILLENCE HAS

PREVENTED ME FROM GETTING A "FAIR SHAKE" IN THE SPRINGFIELD FEDERAL DISTRICT COURT.

<u>WHEREFORE</u>, I RESPECTFULLY REQUEST A VENUE TRANSFER TO EITHER THE DALLAS OR HOUSTON FEDERAL DISTRICT COURT SYSTEM.

DATED: OCTOBER 11, 2004

BY THE PRO-SE PLAINTIFF

*Thomas P. Budnick*

<u>CERTIFICATE OF SERVICE</u>

I, TOM BUDNICK, HEREBY STATE I INCLUDED THIS MOTION IN SAME ENVELOPE AS OTHER MOTION TO ALL ATTORNEYS OF RECORD

*Tony Budnick*