UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK

    Plaintiff

v.       CIVIL ACTION 04-30092-MAP

HAMPDEN COUNTY HOUSE OF CORRECTION,
ET AL,
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D.J.

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Defendants pursuant to the Memorandum and Order of the Court entered on 11/05/2004 adopting the Magistrate Judge's Report and Recommendation and granting the Deftendants' motions to dismiss.

TONY ANASTAS,
CLERK OF COURT

Dated: November 8, 2004      By  /s/ Mary Finn
    Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                    [jgm.]