UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK
    PLAINTIFF

VS                          CIVIL ACTION
                            NO-04-300
HAMPDEN COUNTY                92K14
HOUSE OF CORRECTION
ET ALS
        DEFENDANTS

NOTICE OF APPEAL

I, TOM BUDNICK, PRO-SE HEREBY FILE MY NOTICE OF APPEAL.

DATED;
NOVEMBER 2, 2004

BY THE PRO-SE
PLAINTIFF;
T. Thomas P. Budnick
B-4 #34  123286
HAMPDEN COUNTY
HOUSE OF CORRECTION
629 RANDALL RD
LUDLOW, MA.

01065-1085

## CERTIFICATE OF SERVICE

ALL THE NARCOTICS "THEY" ARE GIVING ME HAS MADE ME AWFULLY SICK, BUT I THINK I MAILED ABOVE TO;

KEVIN C. GIORDANO, ESQUIRE
KEYES AND DONNELLAN, P.C.
293 BRIDGE ST., SUITE 600
SPRINGFIELD, MA.
01103

EDWARD J. McDONOUGH, ESQUIRE
EGAN, FLANAGAN + COHEN, P.C.
67 MARKET STREET,
P.O. BOX 9035
SPRINGFIELD, MA.
01102-9035

ATTORNEY DANIEL I. SMULOW
ASSISTANT ATTORNEY GEN.
CRIMINAL BUREAU
ONE ASHBURTON PLACE
BOSTON, MA.
02108-1598

Tom Budnick