UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS P. BUDNICK )
PLAINTIFF )
)
VS. ) CIVIL ACTION
) NO-04-300
) 92 K N
HAMPDEN COUNTY )
HOUSE OF CORRECTION )
ET ALS )
DEFENDANTS )

## NOTICE OF APPEAL

I, TOM BUDNICK, PRO-SE. HEREBY FILE MY NOTICE OF THIS APPEAL.

DATED:
NOVEMBER 11, 2004

BY THE PRO-SE
PLAINTIFF;
Thomas P. Budnick
B-4 #34 123286,
HAMPDEN COUNTY
HOUSE OF CORRECTION
629 RANDAL ROAD
LUDLOW, MA. 01056

## CERTIFICATE OF SERVICE

ALL THE NARCOTICS "THEY" ARE GIVING ME HAS MADE ME AWFULLY SICK BECAUSE I CLAIM SATURN MOON TITAN, BUT I THINK I MAILED ABOVE TO;

KEVIN C. GIORDANO, ESQUIRE
KEYES AND DONNELLAN, P.C.
293 BRIDGE ST., SUITE 600
SPRINGFIELD, MA. 01103

EDWARD J. McDONOUGH
67 MARKET STREET
P.O. BOX 9035
SPRINGFIELD, MA
01102-9035

ATTORNEY DANIEL J. Snolen
ASSISTANT ATT. GEN.
CRIMINAL BUREAU,
ONE ASHBURTON PLACE
BOSTON, MA
02108-1598

*Tony Budnick*