# United States Court of Appeals
## For the First Circuit

No. 04-2608

THOMAS P. BUDNICK

Plaintiff - Appellant

v.

HAMPDEN COUNTY HOUSE OF CORRECTION; SHERIFF MICHAEL J. ASHE, JR., Individually and in the scope of his authority; VOCATIONAL MANAGER JAMES L. GILL, Individually and in the scope of his authority; ASSISTANT SUPERINTENDENT WILLIAM TOLLER, Individually and in the scope of his employment; BAYSTATE MEDICAL CENTER, INC.; KRISTIN STUEBER, Individually and in the scope of her employment; RALPH JONES, Individually and in the scope of his employment; DEPARTMENT OF CORRECTIONS; MASSACHUSETTS PAROLE BOARD (MEMBERS UNKNOWN)

Defendants - Appellees

### JUDGMENT

Entered: February 4, 2005

By order entered 1/5/05, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by 1/19/05 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

By the Court:
Richard Cushing Donovan, Clerk

Issued and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
Deputy Clerk
Date:

By: JULIE GREGG
Operations Manager

[cc: Thomas Budnick, Katherine J. Day, Esq., Edward J. McDonough, Esq., Kevin C. Giordano, Esq., Daniel I. Smulow, AAG]