# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 04-2536

**MANDATE**

THOMAS P. BUDNICK
Plaintiff - Appellant

v.

HAMPDEN COUNTY HOUSE OF CORRECTION; SHERIFF MICHAEL J. ASHE, JR., Individually and in the scope of his authority; VOCATIONAL MANAGER JAMES L. GILL, Individually and in the scope of his authority; ASSISTANT SUPERINTENDENT WILLIAM TOLLER, Individually and in the scope of his employment; BAYSTATE MEDICAL CENTER, INC.; KRISTIN STUEBER, Individually and in the scope of her employment; RALPH JONES, Individually and in the scope of his employment; DEPARTMENT OF CORRECTIONS; MASSACHUSETTS PAROLE BOARD (MEMBERS UNKNOWN)
Defendants - Appellees

## JUDGMENT
ENTERED: February 22, 2005

On November 22, 2004, you were notified that the Prison Litigation Reform Act (PLRA), enacted on April 26, 1996 requires prisoners appealing from a civil judgment or order to pay the **Clerk of the District Court** the full $255 filing fee required for commencing an appeal. You were informed that if you were unable to prepay this fee, you could apply under 28 U.S.C. § 1915(a) to pay the fee in installments. You were provided the necessary PLRA forms and instructed to file all of them with this office. No response was received by this court. On January 20, 2005, you were directed that your appeal would be dismissed for lack of prosecution if the filing fee was not paid in the district court or, alternatively, the completed PLRA Forms 1, 2, 3, and 4 were not filed in the Court of Appeals by February 3, 2005.

To date, the district court record does not reflect that the payment of the $255 appellate filing fee was made to the **Clerk of the District Court** as required by Fed.R.App.P. 3(b) nor have PLRA

Forms 1, 2, 3, and 4 been received for filing.

Accordingly, this appeal is dismissed pursuant to Local Rule 3(b) for want of diligent prosecution.

By the Court:

By: JULIE GREGG
Operations Manager

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/15/05

[cc: Messrs. Budnick, McDonough, Giordano, Smulow, Ms. Day]